UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO.  04-80790-CIV-COHN/Snow**

BUGATTI INTERNATIONAL, S.A.,       :

      Plaintiff,       :

                            :

v.       :

                            :

TRADE   SPECIALTIES,   INC.   d/b/a :
YACHT   BOUTIQUE   and   BUGATTI :
MARINE, INC.,       :

      Defendants.       :

                            :

---

## <u>PLAINTIFF'S SECOND RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS AND THEIR PRINCIPAL SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING THE JANUARY 11, 2006 FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION, THE MARCH 6, 2006 ORDER, THE JUNE 15, 2006 ORDER AND THE JULY 17, 2006 ORDER; MOTION FOR STANDING ORDER; INCORPORATED MEMORANDUM OF LAW</u>

Plaintiff, Bugatti International, S.A. ("Bugatti"), by and through its undersigned

attorneys, moves for the entry of an Order directing Defendants, Trade Specialties Inc. d/b/a

Yacht Boutique and Bugatti Marine, Inc. ("Defendants"), and their principal, Joao Francisco

Camargo Rodrigues ("Rodrigues"), to show cause why they should not be held in contempt of

court for violating the January 11, 2006 Final Default Judgment and Permanent Injunction and

the Court's Orders dated March 6, 2006, June 15, 2006 and July 17, 2006, and for a Standing

Order to Show Cause, and in support hereof, submits the following memorandum of law:



## I.    PRELIMINARY STATEMENT

Almost two months after the Court clarified the limitations imposed upon Rodrigues' personal conduct, and several weeks after the Court made the January 11, 2006 Final Default Judgment and Permanent Injunction ("Injunction") expressly binding upon Rodrigues, Rodrigues and Defendants have failed to comply with the Injunction and have, incredibly, increased their contemptuous activities.  Their continued and expanded conduct can only fairly be interpreted as a total and intentional disregard for the authority of this Court and the validity of its Orders, especially given the clarity of the Court's most recent pronouncements.  It is now abundantly clear that only the full weight of the Court's coercive powers can compel Rodrigues and his companies to comply with the Court's Orders.

## II.    PROCEDURAL BACKGROUND

On January 11, 2006, the Court entered the Injunction against Defendants.  On its face, the Injunction applied to Rodrigues as an "officer, director, agent, servant, employee, representative, successor [or] assign" of Defendants, or someone "in active concert or participation with Defendants."    See Injunction.    The Injunction permanently enjoined Defendants (and their officers, directors, agents, employees, representatives, successors, and assigns and those acting in concert with them) (collectively, the "Enjoined Parties") from directly or indirectly infringing upon Bugatti's marks or interfering with its business.  Specifically, this Court ordered that the Enjoined Parties be permanently enjoined from:

> (i)    using the name "BUGATTI" as part of the marks BUGATTI YACHTS, BUGATTI MARINE, BUGATTI RACING and as part of the trade name Bugatti Marine Inc., and/or using any confusingly similar designation, alone or in combination with other words, as a trademark, service mark,

2

domain name, or trade name to identify, market, distribute, advertise, promote, to offer for sale or to provide any goods or services;

(ii)    infringing upon Bugatti's U.S. Trademark Reg. Nos. 1,407,200, 1,440.535 and 1,444,0536, for the names "BUGATTI" and "EB BUGATTI" and the Bugatti logo, and Bugatti's pending U.S. trademark applications filed under U.S. Serial Nos. 75/983,482 and 78/175,475 for the names "BUGATTI" and "EB BUGATTI" and the Bugatti logo  (the "Bugatti Marks");

(iii)    continuing acts of false designation of origin or unfair trade practices complained of in the complaint, or doing any acts that may cause Defendants' goods or services to be mistaken for, confused with or passed off as Bugatti's goods or services;

(iv)    applying for or attempting to register with any governmental entity including but not limited to the State of Florida and the U.S. Patent and Trademark Office, any trademark or service mark consisting in whole or in part of the word BUGATTI or of any of the Bugatti Marks; and

(v)    interfering with Bugatti's use and registration of the Bugatti Marks, including but not limited to, maintaining the prosecution of Opposition No. 91119804 and Cancellation No. 92042283, and defending against Opposition No. 91118986, now pending in the U.S. Patent and Trademark Office before the Trademark Trial and Appeal Board;

The Injunction also required the Enjoined Parties to take the following specific steps and to report on their compliance efforts:

(i)    deliver up for destruction to Plaintiff's attorney all goods, signs, literature, advertising and other materials bearing the mark or name BUGATTI or any name or mark that is confusingly similar to the Bugatti Marks, used in connection with Defendants' goods or services;

(ii)    remove the mark "BUGATTI" and any confusing similar name or mark from its websites, HTML code, search engine query terms and any other electronic communications hosts, links and devices;

(iii)    transfer to Plaintiff all domain names consisting, in whole or in part, of the word, BUGATTI, including, but not limited to, the following: "bugattiyachts.com", "bugattimarine.com" and "bugattiracing.com";

(iv)    file with the Court a report, in writing, under oath, setting forth in detail the manner and form in which they have complied with the injunction.

In response to Bugatti's initial Motion for Order to Show Cause, on March 6, 2006, the Court entered an Order prohibiting Defendants from conducting the March 7-14, 2006 Quatre Saisons Rendez-Vous event and/or from selling or distributing goods bearing the Bugatti Marks. In its May 19, 2006 Order, the Court warned Rodrigues that he faced further sanction if he caused the companies to violate the Injunction.

In response to Bugatti's Renewed Motion (Based Upon New Grounds) for Order to Show Cause,[1] on June 15, 2006, the Court issued a show cause order confirming that it had given Rodrigues no assurances that he could continue to use the Bugatti Marks for marine uses.  On July 17, 2006, the Court vacated the portions of its prior orders that distinguished between Defendants' conduct through Rodrigues and Rodrigues' personal conduct, and which remanded determination of trademark issues to the TTAB, and expressly made the Injunction binding on Rodrigues individually.

## III.    <u>RECENT CONTEMPTUOUS CONDUCT BY RODRIGUES AND DEFENDANTS</u>

The Court was previously apprised of violations of the Court's Orders by Rodrigues and his companies.  Such violations resulted in the March 6, 2006 and July 17, 2006 Orders. However, rather than ceasing their activities and recognizing the clarity, validity and finality of those Orders, Rodrigues and Defendants have actually increased their activities, and are in

---

[1] The Renewed Motion was based upon Rodrigues' interference with Bugatti's business partners.

continuing violation of the January 11, 2006, March 6, 2006 and July 17, 2006 Orders as follows:[2]

i.     Rodrigues and his companies have reactivated the <www.bugattiyachts.com> and <bugattimarine.com> websites. See Exhibits A - Q.

ii.     While the websites purport to be reactivated by Rodrigues in his personal capacity, they are clearly for corporate use. Rodrigues appears on the <www.bugattiyachts.com> website as President and CEO of Yacht Boutique.[3] See Exhibit I, p. 7 of 22. (Showing photograph of Rodrigues with statement "Yacht Boutique President & CEO, John F. Rodrigues and the FOILCAT"). Rodrigues appears on the <www.bugattimarine.com> website as President and CEO of Bugatti Marine. See Exhibit N, p. 6 of 17 (Showing photograpah of Rodrigues with statement "BUGATTI MARINE President & CEO, John F. Rodrigues and the FOILCAT").

iii.     The BUGATTI YACHTS[4] and BUGATTI MARINE marks are being used on the <www.bugattiyachts.com> and <www.bugattimarine.com> websites. See Exhibits A-P.

iv.     The BUGATTI RACING mark is used on the <www.bugattiyachts.com> website. See Exhibit O.

v.     The Quatre Saisons Rendez-Vous, which was enjoined in the March 6, 2006 Order, is being promoted once again on the <www.bugattiyachts.com> website. An event scheduled for June 20-27, 2006 in Kapalua, Hawaii was promoted. In addition, a September 21-28, 2006 event is being promoted in Monaco and a January 20-27, 2007 event is being promoted in St. Moritz. See Exhibits J - K.

vi.     The collection of leather goods, shirts and hats bearing the BUGATTI YACHTS logo (which Rodrigues previously certified was non-existent) is being promoted on the <www.bugattiyachts.com> website. See Exhibit L.

vii.     An extensive $870 million BUGATTI YACHTS Portfolio is being promoted on the <www.bugattiyachts.com> website. See Exhibit B.

---

[2] The Exhibits identified below and appended to this Motion were printed from the <www.bugattiyachts.com> and <www.bugattimarine.com> websites on 8/4/2006, as shown at the bottom of each Exhibit.

[3] "Yacht Boutique" is the registered fictitious name of Trade Specialties, Inc. See Exhibit R.

[4] "Bugatti Yachts" is the registered fictitious name of Bugatti Marine, Inc. See Exhibit S.

viii.　The BUGATTI Yachts Design Team is being promoted on the <www.bugattiyachts.com> website. Among those designers who are being promoted as being in active concert with Rodrigues are J-Star Group (Todd Borton), Abdeslam Laraki, Jaime Oliver, Tony Castro and Giancarlo Zema. See Exhibit C. Individual yachts designed by these designers are among the yachts promoted in the BUGATTI YACHTS portfolio. See Exhibits D - H.

ix.　A press release on the <www.bugattiyachts.com> website depicts an excerpt from Boat International USA May/June 2006, page 19, of the Poseidon yacht "Designed for Florida's Bugatti Yacht" by Giancarlo Zema Design Group. See Exhibit P, p. 2 of 13.

Even now, after the Court's May 19, 2006 Order was essentially vacated, and certainly modified, by the Court's June 15, 2006 and July 17, 2006 Orders,[5] Rodrigues continues to justify his facially contemptuous conduct by the following statement on the websites:

> This web site conforms with the May 19th, 2006 Court Order in CASE #04-80790-CIV-COHN that prevented Bugatti International, a subsidiary for the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine. Bugatti International S.A. of Luxembourg, Volkswagen A.G.'s Tax Heaven [sic] subsidiary, now faces the cancellation of all of its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END [sic] of the yet to be seen Bugatti Veyron car. The fight goes on and Justice will be Served!

---

[5] In its Order dated June 15, 2006, the Court stated in no uncertain terms that it had given no assurances "that Mr. Rodrigues is entitled to the use of his personal trademarks." In its July 17, 2006 Order, the Court vacated that portion of its May 19, 2006 Order which remanded trademark determinations to the TTAB and made the Injunction expressly biding upon Rodrigues, individually.

6

<u>See</u> Exhibits A-P.[6]  In addition, Rodrigues continues to tout the following press release:

> John F. Rodrigues Wins Big!  The corrupt Volkswagen A.G. through its Tax Heaven [sic] Luxembourg subsidiary Bugatti International S.A. failed on its fraudulent attempt to steal John F. Rodrigues' personally owned trademarks Bugatti Yachts, Bugatti Marine and Bugatti Racing by means of a frivolous and baseless lawsuit against his defenseless companies Yacht Boutique & Bugatti Marine.  The Federal Court ordered  the United States Patent & Trademark Office to resume Mr. Rodrigues' pending Cancellation and Opposition proceedings against Bugatti International's fraudulently registered EB Bugatti & Bugatti car marks and assured that Mr. Rodrigues is entitled to the use of his personal trademarks.

<u>See</u> Exhibit P, p. 1 of 13.[7]

The foregoing establishes that Rodrigues and his companies are in clear and willful violation of the March 6, 2006, June 15, 2006 and July 17, 2006 Orders as well as the Injunction. In addition, he is actively misleading the public as to the status of the Bugatti Marks and has enlisted his designers to act in concert with him and his companies in violation of the Court's Orders (possibly with actual knowledge of the existence of the Injunction if they have read the purported disclaimer on the websites which includes the language "his company Bugatti Marine, Inc. now enjoined").  His contempt for this Court, its orders and the judicial system is palpable, as is his disregard for the truth in dealing with his business contacts and the public in general.

---

[6] Clearly, to the extent the forgoing statement was ever accurate, it is certainly no longer accurate, and Rodrigues' continued publication of it, and reliance on it, is itself contemptuous.  Moreover, a review of the websites confirms that Rodrigues is using the <www.bugattiyachts.com> and <www.bugattimarine.com> websites in a corporate capacity, making his statement disingenuous at best.

[7] In addition, in a link to the press release quoted above, Rodrigues continues to assert that the legal system is corrupt, with the clear implication that this Court is also corrupt.  <u>See</u> Exhibit Q, p. 2 of 6.

116333.00601/50329118v.1

IV.    **ARGUMENT**

Defendants and Rodrigues should be compelled to show cause why they should not be held in contempt of Court for violating the Injunction and the Court's subsequent Orders dated March 6, 2006, June 15, 2006 and July 17, 2006.

A.    **Legal Standard**

A civil contempt proceeding is the mechanism used to coerce a party to act in a defined manner. <u>Rintin Corp., S.A. v. Domar, Ltd.</u>, 403 F. Supp. 2d 1201, 1204 (S.D. Fla. 2005), <u>citing</u> <u>Chairs v. Burgess</u>, 143 F. 3d 1432 (11th Cir. 1998). In a civil contempt proceeding, "the burden is on the party seeking contempt to show, by clear and convincing evidence, that the party allegedly in contempt violated the court's earlier order." <u>Id.</u>, <u>citing</u> <u>United States v. Roberts</u>, 858 F. 2d 698, 700 (11th Cir. 1988). After the movant makes a *prima facie* showing of a violation of an earlier court order, the burden then shifts to the party alleged to be in contempt to produce "detailed evidence specifically explaining why it cannot comply with the Court's order." <u>Id.</u>, <u>citing</u> <u>Commodity Futures Trading Comm'n v. Trinity Financial Group, Inc.</u>, 2003 WL 21349668, *2 (S.D. Fla. 2003). If the party alleged to be in contempt meets its burden, the petitioner has the burden of proving ability to comply. <u>Id.</u>, <u>citing</u> <u>Citronelle-Mobile Gathering, Inc. v. Watkins</u>, 943 F. 2d 1297, 1301 (11th Cir. 1991).

The standard applied by courts is an objective one. Parties are required to comply with court orders and judgments whether they agree with them or not. Thus, "[t]he focus of a court's inquiry in a civil contempt proceeding is not on the subjective beliefs or intent of the alleged party in contempt in failing to comply with the order, but rather, the court's inquiry is simply whether the party alleged to be in contempt complied with the order at issue or has provided

8

sufficient evidence to convince the court that it cannot comply." <u>Rintin</u>, 403 F. Supp. 2d at 1204, <u>citing</u> <u>Howard Johnson Co. v. Khimani</u>, 892 F. 2d 1512 (11th Cir. 1990).  As such, in a show cause hearing, the party alleged to be in contempt must show that it did not violate the court order or, in the alternative, must produce detailed evidence that it was excused from complying with the court order.  <u>Id</u>., <u>citing</u> <u>Commodity Futures</u>, 2003 WL 21349668, *3.

**B.**    **<u>Defendants and Rodrigues Are In Violation Of The Court's Orders</u>**

There is no question that the Injunction and subsequent orders are being openly and intentionally violated by Defendants and Rodrigues through the date of this Motion.

1.    <u>Defendants and Rodrigues Continue To Infringe Upon The Bugatti Marks</u>

The name "BUGATTI" continues to be used as part of the marks "BUGATTI YACHTS," "BUGATTI MARINE," and "BUGATTI RACING" and as part of the trade name "Bugatti Marine, Inc." and fictitious name Bugatti Yachts on websites that are purportedly owned by Rodrigues and, at a minimum, designed to appear to be associated with Defendants.  The subject websites, which can be accessed at either <www.bugattiyachts.com> or <www.bugattimarine.com> open respectively with the BUGATTI YACHTS or BUGATTI MARINE logos.  <u>See</u> Exhibits A - N.  The "BUGATTI MARINE" and "BUGATTI YACHTS" logos continue to appear throughout the websites to identify yachts and yacht engines that Defendants claim to manufacture.  The "BUGATTI RACING" logo appears on the <www.bugattiyachts.com> website.  See Exhibit O.  The infringing BUGATTI YACHTS logo also appears on various types of apparel and accessories including hats, shirts, luggage, briefcases and handbags, and the Bugatti name appears in text throughout the <www.bugattiyachts.com> website.  <u>Id</u>.  The more one navigates through the websites, the more ubiquitous the Bugatti name

9

appears.  In fact, the pictures showing the apparel, luggage, briefcases and such that bear the BUGATTI YACHTS logo are photographed in such a way that the "Yachts" part of the logo essentially disappears, leaving nothing but "BUGATTI" to identify the merchandise.  Id.

The websites clearly violate the Injunction.  The websites also confirm that Defendants and Rodrigues intend to continue their infringing activities and their violations of the Injunction by, *inter alia*, marketing and selling "Bugatti" products, and giving away "Bugatti" merchandise, at the recent June 20-27, 2006 *Quatre Saisons Rendouz-Vous* event in Hawaii and at other upcoming *Quatre Saisons Rendouz-Vous* events in Monaco and St. Moritz in the future.

      2.    Defendants and Rodrigues Refuse To Deliver Offending Materials To Plaintiff

Defendants (and now Rodrigues) were required to deliver up for destruction to Bugatti's attorneys all goods, signs, literature, advertising and other materials bearing the mark or name "BUGATTI" or any name or mark that is confusingly similar to the BUGATTI Marks, that is used in connection with their goods or services.  Such goods, signs, literature, advertising and other materials have not only not been delivered for destruction, but are openly being used, displayed and offered for sale on the above-listed websites in blatant disregard of the Injunction and the Court's subsequent Orders.  Moreover, the marks are being used in promotional materials to promote the yacht designs of Giancarlo Zema, J-Star Group (Todd Borton), Abdeslam Laraki, Jaime Oliver and Tony Castro.  See Exhibits C - H.  Rodrigues must deliver, and cause each of his designers to deliver, the infringing items for destruction.  To the extent that vessels are being marked with the word "Bugatti," such marking should be ordered removed.

3.    Defendants and Rodrigues Refuse To Transfer Domain Names To Plaintiff

The Injunction requires Defendants (and now Rodrigues) to transfer to Bugatti all domain names consisting, in whole or in part, of the word, BUGATTI.  The Injunction specifically applies to the domain names, "bugattiyachts.com," bugattimarine.com" and "bugattiracing.com." Defendants and Rodrigues have openly refused to transfer these domain names to Bugatti, and continue to engage in infringing activity on the websites.

**C.    Defendants and Rodrigues Are Able to Comply With The Injunction**

Defendants and Rodrigues have previously claimed that Defendants could not comply with the Injunction because everything is now owned by Rodrigues, and it is therefore Rodrigues, individually, that is operating the infringing websites, using the infringing marks and selling the infringing products.  Assuming there is any veracity to Rodrigues' argument that he, and not Defendants, owns the infringing websites, marks and products (an assertion that Plaintiff contests), and that it is he that is engaging in this behavior, it is no longer of significance.  By virtue of the July 17, 2006 Order, the Injunction now clearly enjoins Rodrigues to the same extent as Defendants.[8]

**V.    SEVERE SANCTIONS SHOULD BE IMPOSED AGAINST RODRIGUES AND HIS COMPANIES TO FORCE COMPLIANCE WITH THE COURT'S ORDERS**

Rodrigues and his companies have demonstrated that they have no intention of complying with the Court's Orders and that they have nothing but contempt for this Court and its processes.  It is respectfully submitted that only severe sanctions can compel compliance and that

---

[8] Bugatti continues to maintain that the purported assignment is a sham and that Rodrigues treats his companies as his own alter egos.

11

such sanctions are warranted at this time, given the Court's previous admonitions and warnings.

Bugatti therefore requests that the Court impose an appropriate combination of the following relief:

1.    Issue a writ of bodily attachment against Rodrigues, but stay enforcement of the writ for a period of 30 days to permit Rodrigues to comply fully with terms of the Court's Orders.  In the event that Rodrigues has not fully complied within 30 days, enforce the writ against him.

2.    Revoke the corporate charters of Trade Specialties, Inc. and Bugatti Marine, Inc.

3.    Revoke the fictitious name registrations for Yacht Boutique and Bugatti Yachts.

4.    Require strict and immediate compliance by Rodrigues and his companies with the terms of the January 11, 2006, March 6, 2006 and July 17, 2006 Orders, including shutting down completely the websites <www.bugattiyachts.com>, <www.bugattimarine.com> and <www.bugattiracing.com>, as ordering transfer of the domain names to Bugatti.

5.    Impose daily monetary sanctions against Rodrigues and Defendants, jointly and severally, until compliance is shown and for further violations of any of the January 11, 2006, March 6, 2006 and July 17, 2006 Orders. (Bugatti submits that such monetary sanctions should be graduated in amount depending on the extent and number of further violations, e.g., $1,000/day for a first further violation, then $5,000/day for a second further violation, up to $10,000/day.)

6.    Attorneys' fees and costs incurred in prosecuting this motion, all prior motions for orders to show cause, and all future motions and/or notices shall be paid by Rodrigues and his companies, jointly and severally, unless they are shown to have been in compliance.

7.    Fashion all awards of monetary sanctions to be deemed for conduct deemed willful and malicious and otherwise not dischargeable in bankruptcy.

8.    Grant such other relief as is just and proper.

116333.00601/50329118v.1

## VI.    A STANDING ORDER TO SHOW CAUSE SHOULD ISSUE

In addition to the foregoing, Rodrigues' willful and deliberate repeated violations of the Court's Orders justify the entry of a standing order to show cause so that, rather than having repeatedly to file motions for orders to show cause, Bugatti may simply file Notices of Non-Compliance with the Court, identifying further violations of the Court's Orders.  Rodrigues and his companies would then have a limited period (10 calendar days) to file papers under oath showing that they have complied with the Orders or explaining their non-compliance or why they were in compliance, or face further sanctions in accordance with the relief described above.

## VII.    CONCLUSION

Bugatti has established that Rodrigues and Defendants are recidivists in their contempt of the Court's Orders and therefore, and for all of the foregoing reasons, requests an Order to Show Cause, the entry of appropriate sanctions, and a Standing Order as described above.

Respectfully submitted,

**BLANK ROME LLP**
Attorneys for BUGATTI INTERNATIONAL, S.A.


BY: _____
        HOWARD M. CAMERIK, ESQ.
        Florida Bar No. 703435
        camerik@blankrome.com
        STEVEN A. LESSNE, ESQ.
        Florida Bar No. 107514
        lessne@blankrome.com
        1200 N. Federal Highway, Suite 417
        Boca Raton, FL 33432
        Telephone:     (561) 417-8100
        Facsimile:      (561) 417-8101

13

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via courier and U.S. Mail this 4th day of August, 2006 upon:   Mr. Joao Francisco Camargo Rodrigues, President of Trade Specialties, Inc. and Bugatti Marine, Inc., 1515 N. Federal Highway, Suite 300, Boca Raton, Florida 33432.

14

*Exhibit A*

Home Page



## For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT



Exclusively by John F. Rodrigues

*For more info, please contact John F. Rodrigues:*

Ph: +1 (561) 654-3470

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.

Worldwide
Service

## This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.

All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

### The fight goes on and Justice will be Served !

All technical data and information supplied in this site is subject to change without notice.

Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.

Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.

LEGAL INFORMATION

Home Page

*Exhibit B*



For the One of a Kind!

**PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT   CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT   YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT**



Exclusively by John F. Rodrigues

# *BUGATTI YACHTS Portfolio*

**BUGATTI Yachts offers the largest yacht portfolio in the industry, with 40 (forty) very exciting designs ranging from the 32ft (10m) TT-Titanium Tender, a fully enclosured high speed hydrofoil for eight people, to the outstanding 420ft (127m) Ecstasy.**

**We invite you to browse our 870 Million Dollar plus yacht porfolio which is a showcase of avant garde design and**

BUGATTI YACHTS - Our Yacht Portfolio

Page 2 of 6

technology of a world-class Team of Yacht Designers, Engineers and Naval Architects in the relentless pursuit of ultimate perfection !

♪ Experience the Difference...

| ◆ | YACHT LENGHT & MODEL NAME | YACHT TYPE | PRICE (USD) |
|---|---|---|---|
| 1. | 420ft (127m) BUGATTI YACHTS Ecstasy | Superyacht | 205 Million |
| 2. | 300ft (91m) BUGATTI YACHTS Sublime | Superyacht | 172 Million |
| 3. | 244ft (74m) BUGATTI YACHTS Aries Ekranoplan | Wing-in-Ground-Effect Yacht | 95 Million |
| 4. | 235ft (71m) BUGATTI YACHTS Super Sport | Superyacht | 75 Million |
| 5. | 235ft (71m) BUGATTI YACHTS Biarritz | SWATH Superyacht | 45 Million |
| 6. | 210ft (64m) BUGATTI YACHTS Sublime | Superyacht | 70 Million |
| 7. | 192ft (58m) BUGATTI YACHTS Gemini Ekranoplan | Wing-in-Ground-Effect Yacht | 75 Million |
| 8. | 180ft (55m) BUGATTI YACHTS Intrepid | Superyacht | 46 Million |
| 9. | 180ft (55m) BUGATTI YACHTS Poseidon | Superyacht | 50 Million |
| 10. | 171ft (52m) BUGATTI YACHTS Super Sport | Superyacht | 36 Million |
| 11. | 160ft (48m) BUGATTI YACHTS Bora | Motorsailer Superyacht | 30 Million |
| 12. | 150ft (45 m) BUGATTI YACHTS Silhouette Wave Piercing Catamaran | Superyacht | 30 Million |
| 13. | 150ft (45.5 m) BUGATTI YACHTS Blue Streak | Superyacht | 28 Million |
| 14. | 150ft (45.5m) BUGATTI YACHTS Contour | Superyacht | 28 Million |
| 15. | 146ft (44m) BUGATTI YACHTS Ocean Course Hydrofoil | Superyacht | 22 Million |
| 16. | 145ft (44m) BUGATTI YACHTS Silhouette | Superyacht | 25 Million |
| 17. | 132ft (40m) BUGATTI YACHTS Constellation | Superyacht | 20 Million |
| 18. | 120ft (37m) BUGATTI YACHTS Osprey | Superyacht | 14 Million |
| 19. | 115ft (35m) BUGATTI YACHTS Manta Wave Piercing Trimaran | Ultra-Fast Superyacht | 20 Million |
| 20. | 115ft (35m) BUGATTI YACHTS Mistral | Superyacht | 11.5 Million |

BUGATTI YACHTS - Our Yacht Portfolio

| | | | |
|---|---|---|---|
| 21. | 115ft (35m) BUGATTI YACHTS Corsa | Superyacht | 14 Million |
| 22. | 112ft (34m) BUGATTI YACHTS Chantal | Mega Yacht | 11.8 Million |
| 23. | 110ft (33m) BUGATTI YACHTS Galaxy Hydrofoil | Mega Yacht | 11.5 Million |
| 24. | 105ft (32m) BUGATTI YACHTS Vectra High Speed SWATH | Multihull  Mega Yacht | 15 Million |
| 25. | 100ft (30m) BUGATTI YACHTS Illuminations A-Foil Catamaran | Multihull  Mega Yacht | 12 Million |
| 26. | 100ft (30m) BUGATTI YACHTS Orion | Mega Yacht | 9 Million |
| 27 | 95ft (29m) BUGATTI YACHTS Atoll | Sport Fisherman Yacht | 7.8 Million |
| 28. | 85ft (26m) BUGATTI YACHTS Baleares | Sport Fisherman Yacht | 7 Million |
| 29. | 82ft (25m) BUGATTI YACHTS St. Tropez | Mega Yacht | 5.6 Million |
| 30. | 80ft (24m) BUGATTI YACHTS Bourak | Mega Yacht | 5.5 Million |
| 31. | 75ft (23m) BUGATTI YACHTS Calais | Performance Yacht | 4.6 Million |
| 32. | 72ft (22m) BUGATTI MARINE SEA PM-30 | SEA - Surface Effect Aircraft | 35 Million |
| 33. | 65ft (20m) BUGATTI YACHTS Fiji | Sport Fisherman Yacht | 4.5 Million |
| 34. | 60ft (18m) BUGATTI YACHTS Woodster | Mahogany Performance Yacht | 1.8 Million |
| 35. | 55ft (17m) BUGATTI YACHTS Bolero | Performance Yacht | 1.5 Million |
| 36. | 50ft (15m) BUGATTI YACHTS Sport Veloce | Racing Runabout | 1.5 Million |
| 37. | 40ft (12m) BUGATTI YACHTS Islander Ekranoplan | Wing-In-Ground-Effect Yacht | 1.5 Million |
| 38. | 40ft (12m) BUGATTI YACHTS Silver Bullet | Offshore Racing | 1.5 Million |
| 39. | 36ft (11m) BUGATTI YACHTS Retro | Sleek Mahogany Runabout | 575 Thousand |
| 40. | 33ft (10m) BUGATTI MARINE SEA PM-4 | SEA - Surface Effect Aircraft | 15 Million |
| 41. | 33ft (10m) BUGATTI YACHTS Woodster Open | Mahogany Performance Yacht | 575 Thousand |
| 42. | 32ft (9.7m) BUGATTI YACHTS  TT - Titanium Tender Hydrofoil | Enclosed Runabout | 550 Thousand |

▽After reviewing our BUGATTI YACHTS Portfolio and deciding which style and type of vessel fits better your taste and needs welcome you to make an appointment with us to discuss your project in more detail. Remember that we are custom builders, so will tailor any yacht or design to your specific requirements.

☐ *Worldwide Service & Support*

Page 3 of 6

8/4/2006

BUGATTI Yachts offers a Global around the clock 2 year warranty and service support at no extra cost. Service on the Yacht is a call or e-mail away. No more hassle of calling several local service distributors, you call Yacht Boutique's Customer Service at we will take care of making all the necessary arrangements to service your boat ASAP. Generally in less than 48hs. Extended warranty plans of up to 5 years can be purchased in accordance to your specific needs.

**BUGATTI Yachts meets and exceeds the norms and specifications of the following Classification Societies and are IMO, SOLAS, ABYC, MCA and US Coast Guard compliant:**



**Safety Standards:**



*What do you want to see?*

8/4/2006



*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**e-mail: Superyachts@BugattiYachts.com**

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.**

**Worldwide Service**



**This website is 100% owned and operated by John F. Rodrigues**

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.

All Services, Products and Designs are Copyrighted and Trademarks of  John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of  the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A.  of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit C*



## For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT



Worldwide Exclusive Representatives for BUGATTI YACHTS

## BUGATTI Yachts *Design Team*

Here you will learn a little bit more about some of today's best talents in Yacht Design, Naval Architecture and Engineering.  They are the people making BUGATTI Yachts the most sexy, prestigious  and desirable vessels in the world!

Under the guidance of Yacht Developer John F. Rodrigues, over 750 Naval Architects, Engineers, Hydrodynamicists, Stylists and Interior Designers from around the world form the highly skilled BUGATTI Yachts Design Team who

deliver the latest in yacht design and naval technologies. To insure the best in design creation, technology innovation and construction quality, BUGATTI Yachts leave each part of the Team to do what they know best. All advanced hull designs are carefully engineered and tested by an experienced team of hydrodynamicists and naval architects who work for the world's leading navies, thus bringing the utmost in safety and military technology, unmatched by any other yacht builder. The staff also counts with an in-house water tank and wind tunnel test facility for accurate model testing and development of complex hull forms and high speed craft such as Hydrofoil, Air Cavity, SWATH, SLICE and the exclusive Ekranoplan.

Here are some of the stylists and designers who make part of the prestigious BUGATTI Yachts Design Team.

After reviewing each of them and deciding which style and type of vessel fits better your taste and needs, we welcome you to make an appointment with us to discuss your project or join us in our next Yacht Boutique Rendez-Vous to meet them in person.



**On behalf of the participating Designers and all the persons involved in this Project, we thank you for giving us the opportunity to show you our best in Yacht Design and we look forward to completely fulfill your yachting needs.**

BUGATTI Yachts Design Team

Very truly yours,

*John F. Rodrigues*
Yacht Developer & Marine Consultant



*For more info, please contact John F. Rodrigues:*

Ph: +1 (561) 654-3470

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.

Worldwide
Service

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

The fight goes on and Justice will be Served !

All technical data and information supplied in this site is subject to change without notice.

Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.

**LEGAL INFORMATION**

BUGATTI Yachts Design Team

8/4/2006

*Exhibit D*

Case 9:04-cv-80790-JIC   Document 100   Entered on FLSD Docket 08/07/2006   Page 31 of 161



## For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT

# J-Star Group

The J- Star Group is lead by brilliant and innovative American designer TODD R. BORTON.

Todd's soft and graceful lines work in fine-tune with BUGATTI Yachts experienced Navy hull designers, who make the integration of his lines functionality with speed and precision engineering.

BUGATTI Yachts has been enjoying the priviledge to have Todd and his Team at J-Star Group on board, who have greatly contributed to assure BUGATTI Yachts worldwide leadership in Yacht Design.

Todd's and other BUGATTI Yachts designers curves are quickly translated from the drawing board into reality by means of a five axis Computer Numeric Controlled machine that is able to carve one-off hull and supertructure molds with the precision of a Swiss

knife. BUGATTI Yachts composite hulls and superstructures coming from this high-tech facility are so smooth and straight that no fairing is even required before the yacht painting process.

BUGATTI Yachts also counts with J-Star Group's Naval Architect and Engineer, Kurtis A. Hopf, who has an extensive US Navy background and is an expert in advanced composites engineering.

Click on thumbnails to see J-Star Group's newest designs for BUGATTI Yachts:





## Participating Designers & Designs - Click and Go:

John F. Rodrigues

J-Star Group   Abdeslam Laraki   Tony Castro   Oliver   Giancarlo Zema

BUGATTI Yachts Woodies

BUGATTI Yachts Hydrofoils   BUGATTI Yachts Ekranoplan

What do you want to see?






*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**Worldwide
Service**

**e-mail: Superyachts@BugattiYachts.com**

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.**

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

**This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine. Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.**

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit E*



## For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT



**145' (44m) BUGATTI Yachts   Silhouette**
(Click on picture for more details)



# Abdeslam Laraki

**From Yachts International.**

"Over the last ten years, the staff of our European edition has been fortunate enough to meet some of the best yacht designers in the world. Some we have met in the early stages of their careers, while others were already well-established in their profession. In December of last year, at the Paris Boat Show, we were introduced to a yacht designer named Abdeslam Laraki, whose recent work was absolutely astonishing. Laraki has developed his own original brand of Styling that is

bound to change the face of yachting for years to come."



## 171' (52m) BUGATTI Yachts Super Sport Cruiser

### Wide Body 33ft beam

(Click on picture for more details)

"Despite of its enormous dimensions, this model is very racy in appearance and combines the space of a tri-deck motoryacht with the amenities of an open style sport cruiser." This elegant BUGATTI Yachts Super Sport Cruiser can reach speeds over 40Knots when equipped with gas turbines and is the only one in its class in the world.

Laraki spends countless hours working with his Silicon Graphics computer system (the same used by Hollywood movie makers) to create a live effect perspective of his boats, so people can have a better and warmer feeling of his designs.

Click on thumbnails to see Laraki's newest designs for BUGATTI Yachts:







Yacht Boutique Designers Team - Laraki Design





## Participating Designers & Designs - Click and Go:

John F. Rodrigues

J-Star Group   Abdeslam Laraki   Tony Castro   Oliver   Giancarlo Zema

**BUGATTI Yachts Woodies**

BUGATTI Yachts Hydrofoils   BUGATTI Yachts Ekranoplan

## What do you want to see?









Yacht Boutique Designers Team - Laraki Design

Page 5 of 6





**Worldwide Service**

*For more info, please contact John F. Rodrigues:*

Ph: +1 (561) 654-3470

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.

8/4/2006

8/4/2006

**LEGAL INFORMATION**

Yacht Boutique Designers Team - Laraki Design

*Exhibit F*



## For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT

Yacht Boutique Designers Team - Oliver Design



**Ecstasy**

**420' (127m) BUGATTI Yachts**

**Yacht Concept & Interior: John F. Rodrigues**
**Designed by: Jaime Oliver**
**Delivery: 36 months or less**
**$205,000,000 (US)**
**Construction: BUGATTI MARINE Aluminum Magnesium Alloy**
**Engine: Quadruple BUGATTI MARINE Gas Turbines with interconnected gearboxes**
**Fuel Type: LNG (Non-flammable Cryogenic Liquefied Natural Gas)**

# Oliver Design

**Cruise Ship and Superyacht Designer Jaime Oliver is a master in styling, deck planning, interior design and naval architecture.**

**His long career and experience have built a portfolio that includes some of the largest and most modern cruise ships, ferry boats and yachts in the world.**

**The new 420ft BUGATTI YACHTS Estasy is the result of years of design and engineering from Oliver and the vision of Yacht Developer John F. Rodrigues in integrate the latest military hull and propulsion technologies from the BUGATTI YACHTS international team of naval architects and engineers, thus making this design the most advanced Superyacht ever conceived!**

**The elegant hull and superstructure are made with the exclusive BUGATTI MARINE ultra lightweight Aluminum Magnesium Alloy with full sound insulation. The military developed Air Cavity hull creates a thick cushion of air that reduces hydrodynamic drag in over 30%, dramatically increasing speed and fuel efficiency. Wave shocks are also absorbed by the Air Cavity which cushions the ride for an unbelievable experience of speed and comfort at sea. - At BUGATTI YACHTS we create *Seakeeping Masterpieces!™***

**Estasy may not be the longest Superyacht in the world, but at 40 knots plus, it is by far the fastest Superyacht in the world over 400ft.**

**The unique Quadruple BUGATTI MARINE Gas Turbines (2 X 15,000HP + 2 X 6,000HP) with interconnected gearboxes is an engineering marvel that burn environmentally friendly clean and non-flammable LNG (Liquefied Natural Gas), Low speed fuel efficient long range cruising and port maneuvering is achieved with either one or two of the fully reversible 6,000HP turbines (the only one of its kind in the world). The ingenious interconnected gearboxes allow operation of both main propulsors (Ventilated Water Jets) with one, two, three or all four turbines at any time. Two joy-stick controlled 360° steerable stern Cycloidal Rudders**

Yacht Boutique Designers Team - Oliver Design

interconnected with one 360° steerable bow water jet makes docking of this giant as easy as docking its tenders.

Comfort is assured by the aerospace derived bow T-Foil and transom interceptor blades motion control system, that reduces pitch, roll and heave in more than 70%. The T-foil is designed as a retractable unit to allow cruising in shallow waters. This lightweight giant Superyacht has a draft of only 3m or 10ft.

The beauty of using LNG as fuel is that it is less expensive than Diesel in most places worldwide and because it is a cryogenic fuel (-256°F), it needs to boil off gas to maintain its low temperature. The boil off gas of Ecstasy large tanks is enough to power at least two of the four computer controlled CHP mini- turbine generators and it's extremely cold temperature provides free and quiet Air Conditioning for the whole vessel  without the need of noisy compressors or electricity, thus making Ecstasy the most fuel efficient yacht ever designed.



Proposed giant aft VIP suite with private Jacuzzi & SPA

The suggested opulent interior is a well kept BUGATTI YACHTS secret and includes twenty two suites with ocean views and private balconies, plus a double deck master stateroom forward and a VIP aft. Amenities include an option for an illuminated outdoor tennis court (not shown here), two large swimming pools, garage for eight cars or SUV's and a marina large enough to

Yacht Boutique Designers Team - Oliver Design

accommodate four tender yachts, one submarine, six jet skis and other toys.



Like no other in the World!

The six decks feature an enormous atrium with a glass dome, forward and aft entertainment areas for large "Al Fresco" parties. The two heli-pads are serviced by elevators that move the helicopters from the deck to an enclosed garage.

8/4/2006

Yacht Boutique Designers Team - Oliver Design

Proposed modern Glass Elevators with Atrium and Ocean views



Proposed amidships Atrium with Stained Glass dome

http://www.bugattiyachts.com/Designers/oliver/oliver.htm



## Participating Designers & Designs - Click and Go:

John F. Rodrigues

J-Star Group   Abdeslam Laraki   Tony Castro   Oliver   Giancarlo Zema

BUGATTI Yachts Woodies

BUGATTI Yachts Hydrofoils   BUGATTI Yachts Ekranoplan

## What do you want to see?





**Worldwide Service**

*For more info, please contact John F. Rodrigues:*

Ph: +1 (561) 654-3470

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine. Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
**LEGAL INFORMATION**



*Exhibit G*

Yacht Boutique Designers Team - Tony Castro Design



### For the One of a Kind! ®

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT



Tony Castro Ltd.

# Tony Castro



**BUGATTI YACHTS is proud to have world famous yacht designer Tony Castro onboard our International Design Team. Tony has committed two of his most innovative projects to BUGATTI YACHTS and our clients are invited to combine our unique BUGATTI MARINE machinery and equipment and military hulls with the talent of Tony Castro for an One of a Kind custom built yacht.**

**Yacht Concept & Interior: John F. Rodrigues**
**Designer: Tony Castro**
**Delivery : 9 months**
**$1,500,000 (US) w/ twin BUGATTI Marine Gas Turbines**
**Construction: Advanced Composites**
**Engines: Twin BUGATTI MARINE 1000HP Gas Turbines**
**Fuel: Diesel / LNG**

**BUGATTI RACING is the Racing Division from BUGATTI YACHTS, specializing in ultra-fast Off-Shore boats of unparalleled performance and pedigree.**

**Tony Castro created the styling of the 50ft BUGATTI RACING Sport Veloce which incorporates BUGATTI YACHTS Unconventional Naturally Ventilated Monohull hull form for exhilarating speeds of up to 100Knots and a Swiss knife cutting precision experience through the waves.**

**If you are looking for uncompromising styling with the ultimate in comfort and whisper quiet performance, BUGATTI RACING Sport Veloce is your ticket to impress no matter where you go. The unique gentle sound of the twin BUGATTI MARINE Gas Turbines will let other performance boaters know that you drive a BUGATTI RACING from BUGATTI YACHTS and that speed and muscle power does not have to come with rough annoying noise and vibration.**

**The Sport Veloce interior is definitely not what what you find in an ordinary Off Shore racing boat. First the interior layout is up to your needs, meaning one or two small staterooms, or just a open layout with plenty of seating for everybody under air. Expect the luxury of a BUGATTI YACHTS, with a head equipped with marble floor, crystal French faucets, the finest veneers and a fully equipped galley. Who said you need to sacrifice comfort for speed?**

**BUGATTI YACHTS 160' BORA - SUPER SAILING YACHT:**

Yacht Boutique Designers Team - Tony Castro Design



**Yacht Concept & Interior: John F. Rodrigues**
**Designer: Tony Castro**
**Delivery : 18 months**
**$26,000,000 (US) w/twin BUGATTI Marine Diesels**

http://www.bugattiyachts.com/Designers/TonyCastro/Tony1.htm

8/4/2006

**Construction:** BUGATTI Marine Aluminum magnesium Alloy or Advanced Composites
**Sails & Masts:** Electro-Hydraulic Electronic Controlled
**Engines:** BUGATTI MARINE AEPS (Advanced Electric propulsion System)
**Fuel:** Diesel / LNG

Now also available with the unique SWATH Monohull with Outriggers for the ultimate sailing experience! For more information on the SWATH Monohull with Outriggers and other BUGATTI Yachts exclusive Advanced Hull Designs go to:



The Super Sailing Yacht BORA brings new meaning into sailing. Designed for those who want the space and amenities of a motor yacht with the silence of a sailing yacht, BORA combines both, with unparalleled hull performance and the most advanced machinery and equipment exclusively built by BUGATTI MARINE.

For the first time a multi-deck sailing yacht is capable of offering a swimming pool, one car garage, tender garage and even a helipad that can be used to load and unload guests when the aft sails are retracted.

We suggest a five stateroom configuration that enable floor to ceiling windows with panoramic ocean views a large aft main deck salon and forward formal dining.

BUGATTI MARINE exclusive mini-turbine gensets provide for whisper quiet vibration free power, hot water and air conditioning, while the AEPS (Advanced Electric propulsion System) drives ventilated water jets for a whisper quite ride when under power.

All sails are remotely operated from the bridge and electronically adjusted for best performance.

When equipped with our (SWATH) Small Waterplane Area Monohull with Outriggers, BORA will gain extra deck space and will cut gracefully through the waves with negligible pitch and roll even in the most severe seas. Aerospace derived motion control systems are integrated in the main torpedo shaped hull and outriggers for the ultimate in comfort.

The advanced monohull version is equipped with a fully retractable keel for operation in very shallow harbors.

**The BUGATTI YACHTS BORA is a sailing experience like no other, opening new frontiers into the world of yachting!**



## *Participating Designers & Designs - Click and Go:*

**John F. Rodrigues**

**J-Star Group   Abdeslam Laraki   Tony Castro   Oliver   Giancarlo Zema**

**BUGATTI Yachts Woodies**

**BUGATTI Yachts Hydrofoils   BUGATTI Yachts Ekranoplan**

## *What do you want to see?*



Yacht Boutique Designers Team - Tony Castro Design





*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**Worldwide
Service**

e-mail: Superyachts@BugattiYachts.com

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.**

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit H*



### For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT



# Giancarlo Zema Design Group

**BUGATTI YACHTS is proud to have Italian Naval Architect & Designer Giancarlo Zema onboard our Team!**

**His studio, which is specialized in the design of innovative semi-submerged structures, is responsible for a new breed of revolutionary yachts that allow sea lovers to experience more of the surrounding environment through the extensive use of natural light in open areas protected by lightweight glass.**

Yacht Boutique Designers Team - Giancarlo Zema

Together, working as a Team, we are combining new ideas, engineering challenges and BUGATTI MARINE's advanced electric propulsion systems to change yachting for ever, by blending aesthetics, function, beauty and comfort in a new generation of yachts that bring us all close to the wonderful environment above and beneath the waves.

The Poseidon 180' is the first of such crafts and it truly represents our vision of *"Plaisir en Mer !"*(Pleasure at Sea!)

◇ *Introducing:*





**180' (55m) BUGATTI YACHTS Poseidon**
(EQUIPPED WITH EXCLUSIVE AIR CAVITY HULL FOR LESS RESISTANCE AND SUPERIOR SEAKEEPING )

**Designed by: Giancarlo Zema**
**Yacht Concept & Interior: John F. Rodrigues**
**Engineering: Bugatti Marine Engineering Team**
**Delivery: 18 months or less**

Yacht Boutique Designers Team - Giancarlo Zema

**$50,000,000 (US)**
**Construction:** BUGATTI MARINE Aluminum Magnesium Alloy & Advanced Composites
**Engine & Propulsion:** Twin BUGATTI MARINE Turbines with Ventilated Water Jets
**Fuel Type:** Diesel or LNG (Non-flammable Cryogenic Liquefied Natural Gas)

**The** revolutionary Poseidon 180 Superyacht features the military developed BUGATTI YACHTS' Advanced Air Cavity Monohull, which offers 35% better hydrodynamic properties than conventional monohulls and a silk smooth ride, thanks to the thin cushion of air formed under hull. BUGATTI MARINE State-of-the-Art motion control system uses a bow mounted T-foil and stern interceptors for the complete elimination of pitch, heave and roll at all cruising speeds for an unsurpassed experience at sea!

**Giancarlo** Zema's ingenious design with spacious floating decks under a giant glass dome, brings a new interior atmosphere into yachting which cannot be experienced in any other conventional Superyachts. Eight spacious staterooms awaits you inside with floor to ceiling panoramic ocean views. As always, the interior of our BUGATTI YACHTS are a well kept secret only revealed by appointment to prospective buyers, but expect a world of special details and unique features not found in any other yacht.

**BUGATTI** MARINE carefully specified a machinery and propulsion package that works like a dream on the Poseidon 180. The Turbine powered Superyacht is equipped with twin BUGATTI MARINE high efficiency turbines turning vibration free Ventilated Water Jets for 40 knots + cruising speeds. Twin stern mounted electric-powered 360° steerable water jet thrusters rated at 300HP each offer unmatched maneuverability at low speeds and when combined with the bow mounted 360° steerable water jet unit, the system makes docking as easy as a handling a 30 footer. The 360° steerable water jets work as rudders at cruising speeds, dispensing the use of conventional rudders and eliminate the need of anchors by keeping the vessel position by satellite (Dynamic Positioning).

**The** Poseidon 180 also features BUGATTI MARINE mini turbine CHPC (Combined Heat, Power and Cooling) generators, that provide power on demand not only to the 360° steerable water jets, but also to everything else onboard. The CHPC system provides hot water and air conditioning for the whole vessel without the need of compressors or any moving parts. A computer controls the load of the gensets at all times and even turn them on and off as required. Lightweight next generation energy storage devices with high output power and fast recycle times, complete eliminate the use of batteries.

**The** Poseidon 180 is a masterpiece of Italian design and a technology showcase from BUGATTI YACHTS.

**Step into the future!**

Yacht Boutique Designers Team - Giancarlo Zema





Participating Designers & Designs - Click and Go:

http://www.bugattiyachts.com/Designers/zema/Poseidon.htm

**John F. Rodrigues**

**J-Star Group   Abdeslam Laraki   Tony Castro   Oliver   Giancarlo Zema**

**BUGATTI Yachts Woodies**

**BUGATTI Yachts Hydrofoils     BUGATTI Yachts Ekranoplan**

*What do you want to see?*







**Worldwide
Service**

*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**e-mail: Superyachts@BugattiYachts.com**

Yacht Boutique Designers Team - Giancarlo Zema

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.



This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

The fight goes on and Justice will be Served !

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

http://www.bugattiyachts.com/Designers/zema/Poseidon.htm

*Exhibit I*

BUGATTI Yachts Advanced Hull Designs



### For the One of a Kind!

**PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT**



Exclusively by John F. Rodrigues

# Advanced Hull Designs

**Plaisir en Mer! "Pleasure at Sea!"** – Our demanding affluent clientele expect nothing but an exhilarating yachting experience at all times, which we deliver through an incomparable riding comfort that cannot be matched or imitated today by any other yacht in the world.

http://www.bugattiyachts.com/BugattiYachts/Advanced_Hulls.htm

8/4/2006

Instead of bouncing like a cork in one of the industry standard semi-planning, planning and displacement monohulls, BUGATTI Yachts will treat you with one of our unique advanced military hull designs not seen in any other yacht.

These well proven patented technologies were mostly developed for the world's navies or limited commercial applications by our leading marine scientists and engineers at a cost of Millions and Millions of Dollars.

BUGATTI Yachts Naval Engineering Team, deemed to be the largest and best in the world, brings this technology with exclusivity for you. If our Team even took the man into Space, they certainly can design your yacht!

# Seakeeping Masterpieces ™

## ◆ A-Foil Motion Control System Hydrofoil:

In addition to the T-foil motion control system and conventional hydrofoils, BUGATTI YACHTS also offers the revolutionary A-foil. Simpler than a conventional hydrofoil, the system uses a computer controlled fully Submerged or fixed Surface Piercing Hydrofoil in the forward portion of the hull that lifts the forward section of the yacht completely out of the water. The special foil design destroys the wave geometry passing through the A-foil, creating a flat water surface under the hull for a very smooth ride. The system drastically reduces hydrodynamic drag, pitch and roll, increasing the vessel speed and fuel economy. Roll an pitch control is achieved by Interceptor Plates, a pair of special vertical hydraulic trim tabs in the transom area. The system is custom engineered for each yacht and can be made retractable. It is available for monohulls and catamarans of up to 200ft in length.

BUGATTI Yachts Advanced Hull Designs



100' BUGATTI YACHTS Illuminations equipped with A-foil Hydrofoil System
For monohull applications, check:
95ft BUGATTI YACHTS Atoll Sport Fisherman and the 132ft BUGATTI YACHTS Constellation

◆ **Surface Piercing Hydrofoil:**



110' ft BUGATTI Yachts Galaxy Hydrofoil

This well proven dynamically supported self-stabilized high-speed hull technology is now first offered for pleasure vessels through BUGATTI Yachts. Several different configurations are available and enable cruising speeds from 35 knots up to a breath-taking 65+ Knots in sea conditions of waves up to 3 meters. It's main characteristic is the low fuel consumption and excellent seaworthiness at high speeds where most other hulls would require a significant reduction in speed and still provide substantial pitch and roll motions.

In the surface piercing concept, portions of the TITANIUM foils are designed to extend through the air/sea interface when foilborne. TITANIUM Struts connect the foils to the hull of the ship with sufficient length to support the hull free of the water surface when operating at design speeds. As speed is increased, the lifting force generated by the water flow over the submerged portion of the foils increases causing the ship to rise and the submerged area of the foils to decrease. For a given speed the ship will rise until the lifting force equals the weight carried by the foils.

BUGATTI Yachts Advanced Hull Designs



**32ft BUGATTI YACHTS TT equipped with Retractable Surface Piercing Hydrofoil System.**

◆ <u>**Fully Submerged Hydrofoil:**</u>



**BUGATTI YACHTS can build Yachts up to 200ft + with fully submerged military foil technology**

**This ultra sophisticated hull provides the best comfort ride in heavy seas at high-speeds. The foils of the fully-submerged concept**

are designed to operate at all times under the water surface. The struts which connect the foils to hull and support it when the ship is foilborne generally do not contribute to the total hydrofoil system lifting force. In this configuration, the hydrofoil system is not self-stabilizing and requires a series of sensors, gyros and computers to adjust and maneuver the ship and to vary the effective angle of attack of the foils to change the lifting force in response to changing conditions of ship speed, weight and sea conditions. The principal and unique operational capability of hydrofoils with fully-submerged foils is the ability to uncouple the ship to a substantial degree from the effect of waves. A must for any Yacht!

◇ **FOILCATS:**

BUGATTI Yachts can also design fully submerged Catamaran Hydrofoil Yachts with well-proven and successful technologies.



This 50 knot Catamaran Hydrofoil is immediately available for sale and REFIT as a BUGATTI YACHT

Catamarans are ideal for those who want more interior space in a shorter envelope. Shown here is a Norwegian designed hull with two fully submerged hydrofoils in each bow plus one across in the stern. The stern foil is coupled to a pair of high performance Speed Z drive systems with variable pitch propellers facing forward that catapult the vessel to speeds of 50 knots (90 km/h). At that speed the hull is lifted 2.3 m out of the water and the vessel is run with a "fly-by-wire"-computer controlled system which adjusts the five

BUGATTI Yachts Advanced Hull Designs

movable foils.



**FOILCAT Forward electronically controlled Foils**



**Yacht Boutique President & CEO, John F. Rodrigues and the FOILCAT**

Make an Appointment if you are interested in sea-trial the FOILCAT for a 50 knot hydrofoil experience.

∇**More about the unique advantages of Hydrofoil hulls and A-foil equipped BUGATTI Yachts:**

□ **Seakeeping of Hydrofoils:**

Some of the principle advantages of hydrofoil ships, over all other monohull or alternative ship types are:

1) The ability of a ship, which is small by conventional ship standards, to operate effectively in nearly all sea environments, and
2) An improved ratio of power to displacement in the 30 to 50 knot speed range permitting economical operation at these higher speeds. The submerged-foil ship can maintain its speed and maneuverability in heavy seas while simultaneously providing a comfortable working environment for the crew.

The ship's automatic control system (ACS) provides continuous dynamic control of the ship during takeoff, landing, and all foilborne operation. In addition to providing ship roll and pitch stability, the ACS controls the hull height above the water surface, provides the proper amount of banking in turns and all but eliminates ship motions caused by the orbital particle motion of waves.

□ Maneuvering of Hydrofoils:

Besides the significant speed advantage, hydrofoils are more maneuverable and provide a more stable platform than conventional ships. Foilborne turns are accomplished in a banked (coordinated) fashion. This causes the centrifugal force required in turns to be provided predominantly by the reliable lift capability of the submerged foils rather than by the unpredictable side forces from the struts. Turn coordination enhances crew comfort during high-rate turns because the accelerations due to turning are felt primarily as slightly greater vertical forces rather than lateral forces. For example, a 0.4g turn is felt as only 0.08g vertical acceleration increase while the lateral acceleration is zero. Therefore, hydrofoil ships have design turn rates of 6 to 12 degrees per second, two to four times those of conventional ships, and they can maintain these rates in both calm and rough seas. The exceptional stability of the hydrofoil ship makes it a superior platform choice for today's yachtsmen.

◆ Canted Strut CS-SWATH:



This CS-SWATH is immediately available for sale and REFIT as a BUGATTI YACHTS

Developed and patented by a major aerospace company and offered to the yacht industry exclusively by BUGATTI Yachts , the Canted Strut Small Waterplane Area Twin Hull CS-SWATH, is wide hull design ideal for long range cruising at moderate speeds. Composed by two submerged torpedo like lower hulls of a varying cross-section connected to upper hulls (sponsons) by four canted struts which pierce the water surface. A SWATH is totally supported by buoyancy from the fully submerged torpedo like hulls. The reduced waterplane area of the struts partially decouples the ship from wave action on the sea surface, thus substantially reducing wave-induced force moments acting on the vessel and producing very very small ship motions in rough waters at most headings and speeds, which translates in an unsurpassed ride quality and seamanship.

An advanced touch-screen motion-control system provides a the smooth ride.

Make an Appointment if you are interested in sea-trial and experience the difference of a CS-SWATH.

## ◆ High Speed HS-SWATH:



**105' BUGATTI Yachts Vectra High Speed HS-SWATH**

Developed and patented by a leading European Navy scientist from BUGATTI YACHTS and offered exclusively by BUGATTI YACHTS, the High-Speed Small Waterplane Area Twin Hull HS-SWATH, uses a slender patented semi-planing hull that reduces wave drag, making it possible for this unique SWATH to achieve 45 Knots cruising speeds in very heavy seas.

◆ **SLICE:**




BUGATTI Yachts Advanced Hull Designs



This 35 knot *US NAVY tested SLICE* platform is immediately available for sale and REFIT as a BUGATTI YACHTS

This innovative aerospace company design, is based on four torpedo like, fully submerged, short, low drag struts that connects to the upper hull by means of four wave piercing struts. The advantage of this concept is achieving stability in rough seas with a SWATH like smooth ride, but with the ability of developing greater speeds. SLICE is able to achieve speeds of 30 to 45 knots and reduce wave resistance by 35 percent.

SLICE's short hulls are able to rise above the wave "hump" much more quickly, similar to the way a ski boat pushes a large wave when it's traveling slowly but rises above that resistance when it reaches higher speeds. Contrary to displacement yachts, which are heavy "floating tubs" too large to move beyond the hump and encounter more resistance the faster they go, thereby becoming fuel inefficient at higher speeds, the SLICE offers about twenty times better seakeeping in heavy seas with the ability to maintain full speed.

The 105ft SLICE for example, has seakeeping characteristics comparable or superior to a 350ft Navy frigate. Therefore Yachtsmen and their guests aboard a SLICE in rough weather conditions are much less likely to become seasick even at rest.

SLICE patented PC-Based Multi-Display Touch-screen Control and Maneuvering System makes it a snap! The computer controls an automatic Fin / Ballast Motion System and has Alarm and Monitoring capabilities.

Make an Appointment if you are interested in sea-trial the advanced *SLICE* hull.

◇ **SWATH Monohull with Outriggers:**



5

**For those who like the idea of a comfortable long-range displacement Superyacht, Sailing Superyacht, Motorsailer or Expedition type yacht, the amazing SWATH Monohull with Outriggers can be the right choice. Developed by BUGATTI YACHTS European Team of Navy architects and marine scientists, this platform offers the unparalleled seakeeping of a SWATH with the versatility of a monohull. In other words, more interior space, far better fuel efficiency due to the "Small Waterpleane Area", low noise (propulsion system located in submerged Torpedo hull and Outriggers. Sail or Motorsailer Yachts (160ft BUGATTI YACHTS Bora) with this innovative hull form will benefit from the elimination of roll and pitch and benefit from the additional speed and living space onboard. This platform can also be used for high speed motor yachts.**

▽ More about the unique advantages of CS-SWATH, HS-SWATH and SLICE hulls:

□ Seasickness Elimination: The CS-SWATH, HS-SWATH and SLICE do not bob up and down like a cork on top of the waves as conventional monohulls and catamarans do. Its submerged hull rides like a submarine below the waves, while the waves passes harmless through the surface piercing struts, giving these type of vessels motion characteristics of ships three times its length and up to twenty times its displacement.



□ More Deck Space: The CS-SWATH, HS-SWATH and SLICE wider beam-to-length ratio provides much more deck space then comparable displacement monohulls, meaning more useful space not only for larger staterooms or living areas along the ship, but as well as to fit toys, Jacuzzis, etc.



□ Ability to maintain Speed and Direction in Rough Waters: Conventional ships must dramatically reduce speed in rough sea

conditions to avoid slamming damage from waves and to avoid seasickness of passengers onboard. Like hydrofoils, the CS-SWATH, HS-SWATii and SLICE can maintain up to 90% of its speed under sea state 4, conventional monohulls and catamarans only up to half of it.



□ Excellent Low Speed Maneuverability: The CS-SWATH, HS-SWATH and SLICE wide separation of its propellers enables them to make a complete circle within its length at zero forward speed.

# ◆ Air Cavity Craft (ACC):



**235' BUGATTI Yachts Super Sport equipped with Air cavity Hull**

Dynamically supported Air Cavity hulls provide greater speed per horsepower and seakeeping in planning monohulls of 100ft or more in length.

The main feature of ACC is the configuration of the bottom of the hull that has a delta shaped hollow composed of board flanks and stern profiling platform.  In the delta shaped hull hollow there are slots through which air is injected and air cavity is formed when ship is moving,  isolating part of the bottom surface of ACC from the water and decreasing friction resistance in about 30%.

ACC hulls have bottom sections before and behind the cavity that are in stationary contact with water. These sections not only protect air in the cavity from leaking, but also render forming action on cavity surface.  The volume of air cavity in an ACC is much less than that of the cushion in a hovercraft and corresponds only to 2-3% from the power of main ship engines.

The simpler construction of ACC provides great advantages in comparison with other high speed ships with dynamic principles of support.



Air Cavity Catamaran hulls in action shown here. Comfort at 60 knots!

◆ Unconventional Naturally Ventilated Monohull:



120' BUGATTI YACHTS Osprey equipped with the Unconventional Naturally Ventilated Monohull
Also check the awesome 70 Knots plus 115ft BUGATTI YACHTS Corsa

Engineered by one of the world's most respectable hydrofoil specialists as an alternative to the Air Cavity Craft for high-speed vessels up to 150ft in length, the technology uses atmospheric air pressure to provide dynamic lift support for the craft, thus creating the same effect of an air cavity hull.

The patented unconventional three-point hull design assures superior longitudinal stability and track-like maneuverability at extreme high speeds. The hull form provides high seaworthiness for the Yacht. When coming across a wave crest no substantial additional lifting force is developed and no heavy overloads appear. Therefore the Yacht enjoys both longitudinal and lateral stability at any possible maneuver and at any course angles with respect to the wave motion.

An already developed hydrodynamic scheme enables production of high-speed Yachts with higher seaworthiness and lower power plant output comparing to any other existing planing boats. Crafts with the following properties can be created:

| Length | | Displacement | | Engine | Power | Speed |
|---|---|---|---|---|---|---|
| Feet | Metres | Pounds | Tons | Number / Type | HP | Knots |
| 39 | 12 | 12,140 | 5.5 | Twin Diesels | 2x120 | 32 |
| 39 | 12 | 15,000 | 6.8 | Twin Diesels | 2x250 | 50 |
| 55 | 17 | 50,000 | 23 | Twin Diesels | 2x480 | 36 |
| 55 | 17 | 59,000 | 27 | Twin Diesels | 2x900 | 50 |
| 82 | 25 | 120,000 | 54 | Twin Diesels | 2x2600 | 65 |
| 98 | 30 | 240,000 | 110 | Twin Diesels | 2x3400 | 50 |

BUGATTI YACHTS has designated the Naturally Ventilated Monohull it's monohull of choice for 60 Knot + monohull applications. The unique hull can also be equipped with a low profile stern foil that will not add any extra draft beyound the lowest hull point, thus making it ideal for shallow water applications without the need of retractable mechanisms.

Laboratory tests and calculations show that a bottom ventilation Yacht moving at 50 knots will spend fuel less than an ordinary deep-V monohull moving at 30 knots for the same distance. See graphics herein below.



## ◆ WPT (Wave Piercing Trimaran):



115' Manta
WPT ~ Wave Piercing Trimaran

The 85 Knot 115ft BUGATTI YACHTS Manta

This is the most advanced multi-hull Superyacht available today and its military developed Trimaran hull form is also exclusively offered by BUGATTI YACHTS. Developed and tested by some of the world's leading marine scientists and laboratories as the next generation ultra high speed military craft platform, it offers shallow draft and much better longitudinal stability than all other Wave Piercing Catamarans. This super sleek and fuel efficient Trimaran hull incorporates a wing shaped superstructure that acts in Wing-in-Ground effect to carry up to 70% of its weight in speeds over 50knots in Sea State 4+ conditions. BUGATTI Yachts can offer custom designs up to 1,000 tons that can perform at overwhelming speeds of up to 120 knots (230ft Manta) with unmatched fuel economy. Coming soon to a dock near you!

## ◇ Wing in Ground Effect Yachts (Ekranoplans):



192ft BUGATTI YACHTS Gemini Ekranoplan cruising smoothly @ 250 knots

If you are looking for the *Fastest Yachts in the World* with transatlantic capability and unlimited seakeeping, BUGATTI YACHTS exclusive Wing in Ground Effect Yachts is just what you have being waiting for!

A brand new 244ft BUGATTI YACHTS Aries Ekranoplan is immediately available. This is unarguably the *Fastest Yacht in the World!*

BUGATTI YACHTS Ekranoplans combine extreme speeds unmatched by any other watercraft with unprecedented comfort and fuel efficiency. The secret is to glide just above the waves, thus completely eliminating seasickness.

Wing in Ground Effect technology enables the construction of either a personal craft to play around or a giant Superyacht of up to 250ft that have minimum draft (1-2m), unlimited seakeeping (as they operate above the waves) and is amphibious, meaning that you can glide right into your favorite unspoiled beach or explore untouched ice in Alaska, the North Pole or Antarctica, thus opening new

http://www.bugattiyachts.com/BugattiYachts/Advanced_Hulls.htm

8/4/2006

8/4/2006

BUGATTI Yachts Advanced Hull Designs

frontiers to the meaning of the word yachting.

For a more comprehensive overview of Ekranoplans, please go to the page:

**The Future of Yachting; Wing in Ground Effect Yachts!**

*What do you want to see?*



*For more info, please contact John F. Rodrigues:*

http://www.bugattiyachts.com/BugattiYachts/Advanced_Hulls.htm

BUGATTI Yachts Advanced Hull Designs

Page 22 of 22



Ph: +1 (561) 654-3470

**Worldwide Service**

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.

Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit J*



**For the One of a Kind!**

PERSONALIZED YACHT CONSULTANCY    NEW CONSTRUCTION    DESIGN    ENGINEERING    MANAGEMENT
    MARKETING    YACHT INTERIORS    REFITS    CUSTOM MACHINERY & EQUIPMENT
        CHARTER    YACHT PORTFOLIO    PRESS RELEASES    MAKE AN APPOINTMENT



Yacht Developer & Marine
Consultant John F. Rodrigues and
wife Jacqueline  with James
Cameron (Titanic Movie Director)
in Monaco during the 1998
Seakeepers Society Award.

*The Quatre Saisons Rendez-Vous*

...the ultimate Yachtsman event!

**Join us at the following international events:**

Yacht Boutique Quatre Saisons Rendez-Vous

## Spring

**March 7-14, 2006
During the
Palm Beach
Season**



Hotel of choice:


THE BREAKERS
PALM BEACH

Go shopping and
dinning at Worth
Avenue, Play Golf,
Tennis, walk on the
beach or simply enjoy
the elegance of the 100
years of The Breakers
Hotel and its facilities.

Worth Avenue Shops.

## Summer

**June 20-27, 2006
During the
Kapalua- (Maui)
Whale Watch Season**



Relax with us in one of
Hawaii most famous
resorts in Maui and slow
down to the island speed
and music.


MAUI
MAUI • MOLOKAI • LANAI

Hotels of choice:

-Ritz Carlton
-Kapalua Resort

## Autumn

**September
21-28,2006
During the
MONACO YACHT
SHOW**

PORT HERCULE
PRINCIPALITY OF MONACO





Hotels of choice:

-Hotel de Paris
-Monte Carlo Grand

## Winter

**January 20-27, 2007
During the
opening of the
International
SKI SEASON**


St. Moritz.


TOP OF THE WORLD

Hotels of choice:

- Hotel Belvedere


PALACE
THE RITZ



Yacht Boutique Quatre Saisons Rendez-Vous







The Breakers Private Golf Course.

Experience the trill of Whale watching and scuba diving in this Paradise island.

Ski St. Moritz world-class beautiful slopes side by side with the Stars & Celebrities.





Have a Tennis match with other Yacht Boutique guests and make new friends!

Enjoy some of the most scenic beaches in the world!

Visit one of the best Yacht Shows in the World during the day and have your own private Yacht Show with Yacht Boutique and its Designers Team in the evening, featuring BENTLEY Yachts.

Enjoy the Societé des Bains de Mer world renowned baths and pools or its gorgeous private beach.

Play the Casino Monte Carlo.

Picnic style lunch at different mountains during the event. Nothing like some fresh air before talking about yachts!

Watch the unique and world famous St. Moritz Horse Races over the frozen Lake.









During your stay participate in the following Events:

**DAILY**

-Après-Ski get together and yacht presentation at the



It's all flowers during Spring in Hawaii.





**DAILY**
Finish your day by joining us late afternoon at the Breakers Hotel Courtyard for a glass of Champagne and hors-d'heuvres and watch everyday a presentation of each of the participating BENTLEY YACHTS designers. You may also take your time to walk around the beautiful courtyard garden and fountains to appreciate some of the yacht models exhibited and meet new friends.

"Kapalua is the golf mecca of the Pacific. Stretching from the pristine West Maui Mountains to the azure Pacific Ocean, Kapalua's golf courses - The Bay, The Village and The Plantation - capture Maui's stunning natural terrain and diverse topography."

**Other Attractions:**
-Haleakala National Park: Volcanic Mt. Haleakala is a dramatic scurry to the clouds from sea level to 10,000 feet over a distance of 35 miles.
-The sacred Pools, the lush Hana rain forest, and cascading waterfalls along the rugged North Shore.

**DAILY**
- Late afternoon Yacht Designers presentation at the

Escape to the glamorous French Riviera and go shopping in Nice and tour the Medieval Eze Village.




**Calendar of Events:**
**DAILY**
- Late afternoon Yacht Designers presentation at the Hotel de Paris. Introduction to BENTLEY YACHTS and BENTLEY MARINE exclusive technologies. Private meetings with Designers and engineers.

**SUVRETTA HOUSE 6:00-8:00PM. Introduction to BENTLEY YACHTS and BENTLEY MARINE exclusive technologies. Private meetings with Designers and engineers.**

**Hotel. Introduction to BENTLEY YACHTS and BENTLEY MARINE exclusive technologies. Private meetings with Designers and engineers.**

**SEPT. 24-27 -Monaco Yacht Show at Port Hercule**




*The Yacht Boutique Quatre Saisons Rendez-Vous is an unique experience for any Yacht enthusiast!*

You and your family will be enjoying a one week vacation in some of the most prestigious Rich and Famous Getaways in the World in specially selected dates.

Everything can be custom arranged for you and your family comfort: from picking you up at home with a Limo to a private Jet flying direct to one of our events.

Relax during the day practicing your favorite sport: Skiing, Tennis, Golf, Horseback Riding, Scuba Diving... bump into famous Celebrities, take one of our private Tours, savor the most exquisite cuisines, make new friends...

That's just the beginning!

Imagine having a private Yacht Show for one week where every evening you and your family can enjoy it seated in the comfort of a cozy sofa, having a closer look in a few awesome Yacht Models, while sipping that favorite drink...all in a very relaxed atmosphere. Meet with some of the most talented contemporary Yacht Designers who will be presenting our Yacht Boutique Rendez-Vous Guests their latest exclusive BUGATTI YACHTS Designs for the new Millennium. Then, if you are considering to buy a Yacht, you will have a full week to discuss your needs with the different designers and us, find what kind of vessel will best fit your family and which designer works best for you. Your wife and children will love the idea of sharing their dreams with the interior designers.

Yacht Boutique will eventually take care of the entire construction process of your new BUGATTI YACHTS.

Who said Yachts should be discussed in a Boat Show or in a boring office? Yacht Boutique is changing it all and we want you to be part of it, because you deserve it better! Make it fun. After all it's all about pleasure!

With our best compliments,

**John F. Rodrigues**
Yacht Developer & Marine Consultant





*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**e-mail: Superyachts@BugattiYachts.com**

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.**

**Worldwide Service**

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and

Yacht Boutique Quatre Saisons Rendez-Vous

websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

## The fight goes on and Justice will be Served !

All technical data and information supplied in this site is subject to change without notice.

Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.

Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.

## LEGAL INFORMATION

*Exhibit K*



PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT

## For the One of a Kind!

*Welcome to the Reservations Desk for:*

# The *Quatre Saisons Rendez-Vous*

*...the ultimate Yachtsman event*

Please fill in all fields on the form below and we will personally contact you for an invitation and tailor your vacation to your specific needs.

**We want you and your family to have an unforgetable experience with us during our Yacht Boutique Rendez-Vous events, so please help us by supplying us the following information:**

**In which of Yacht Boutique's Quatre Saisons Rendez-Vous are you interested in participating?**

○ SPRING Palm Beach, FL (U.S.A.)
March 7-14, 2006

○ SUMMER Maui- Kapalua (Hawaii)
June 20-27, 2006

○ AUTUMN Monte Carlo (Monaco)
September 21-28, 2006

○ WINTER St. Moritz (Switzerland)
January 20-27, 2007

http://www.bugattiyachts.com/Rendez-Vous/Reservations.htm

8/4/2006

Yacht Boutique Quatre Saisons Rendez-Vous Reservations

## Price per person excluding transportation: $10,000.00

Your Name:

Address:

City:                    State/Province:                    Country:

ZIP/Postal Code:

Direct Contact Phone Number:                    Fax:

e-mail:

Number of persons in your party:        Are there any children?    No    If, yes ages:

Number of Hotel rooms needed:

How would you like to get to the Rendez-Vous event:    My Private Jet

Leased Jet    Airline of Choice

Type of ticket:    First    Executive/Business    Coach

Would you like to have a rental car during this trip?    If yes, for how long?

No, I would like to have someone meeting me at the Airport of destination and take me to the event.

According to the time of the year and the event you selected above, please choose the favorite activities for you and your family:

☐ Skiing    ☐ Golf    ☐ Tennis    ☐ Horseback Riding    ☐ Scuba Diving

Other:

Please check all my needs and contact me

Reset

## *What Yacht Boutique is offering to me and my family:*

- Welcome Cocktail at the Hotel
- One Yacht Boutique and one BUGATTI YACHTS shirt per guest (please choose color and size when booking)
- One Yacht Boutique "Robe de Chambre" per guest
- Hotel Accomodation for 7 nights
- Breakfast and Dinner daily
- Choice of daily Sport activities: Skiing, Golf, Tennis, Horseback ridding, scuba diving, SPA
- 7 Day Yacht Designers Presentation on BUGATTI YACHTS and get together Cocktail
- Private appointments with us and the Yacht Designers at your convenience during your stay to discuss your Yachting needs.
- Participation of the selected special events, such as Festivals and sightseeing

NOTICE: All our Rendez-Vous events have very limited guest availability and are by invitation only in order to maintain its prestige and class. Therefore we suggest you book early in order to guarantee you and your family an unforgetable experience with us.

### TERMS & CONDITIONS:
- All Participants must prepay within a minimum of 15 days in advance.
- Prices for each Yacht Boutique Rendez-Vous event are subject to change without notice and in accordance with the circumstances. Last minute arrangements are generally more expensive.
- Our comprehensive week packages are priced per person and includes all that is listed above, except transportation which is priced separately in accordance to your family needs.

Once again, thank you for giving us the opportunity to have you and your family onboard and we look forward to see you and your family in our next Yacht Boutique Rendez-Vous.

Sincerely,

Page 4 of 4

## John F. Rodrigues
### Yacht Developer & Marine Consultant

*For more info, please contact John F. Rodrigues:*

Ph: +1 (561) 654-3470

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.

Worldwide Service

This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.



This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine . Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

8/4/2006

*Exhibit L*

8/4/2006



**For the One of a Kind!**

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT

# *The Collection*

*Exclusively by John F. Rodrigues*
*...for the distinguished Yachtsman*

*The John F. Rodrigues' Yacht Boutique and BUGATTI Yachts Collection is our way to distinguish our prestigious Yacht owners and enthusiasts from the crowd.*

*We made it so exclusive, that all our yachtwear is produced in limited quantities by order and some of them are not even offered for sale!*

Yacht Boutique Wear

8/4/2006

Yacht Boutique Wear



*His or Hers BUGATTI Yachts Classic Shirt: $95.00 + S&H*
*Ladies Hat: $135.00 + S&H*



*His or Hers BUGATTI Yachts Authentic*
*Navy Sailor's Shirt: $75.00 + S&H*



*Travel In Style*
*with Yacht*

8/4/2006

Yacht Boutique Wear



*His or Hers (red or Blue) BUGATTI Yachts
White Sport Shirt: $75.00 + S&H
His or Hers BUGATTI Yachts Blue & Beige
Suede Hat: $45.00 + S&H*



*His or Hers (name your favorite color) BUGATTI Yachts
Sport Shirt: $75.00 + S&H*

***(Please specify Size & Color when ordering)***

***Boutique's or
BUGATTI Yachts'
hand bags!***



*BUGATTI Yachts
Classic
Traveler Bag $ 1,750.00*

8/4/2006

Yacht Boutique Wear

*So, next time you see yourself or someone in the French Riviera, New York, Paris or in your hometown wearing an Authentic Ostrich leather jacquet or an elegant woman carrying a gorgeous Crocodile purse with the Yacht Boutique or BUGATTI YACHTS logo on it, you will know that they belong to a small circle of very prestigious yacht owners: The BUGATTI Yachts 100' + Club.*

*The super exclusive* BUGATTI Yachts *100' + Club* Yachtwear !
(Free Gift with Club Certificate when you Purchase a Yacht)



**Ostrich Jacket**     **Crocodile Purse**     **Ostrich Jacket**



*BUGATTI Yachts
Executive Briefcase
$1,650.00*



*BUGATTI Yachts
Casual Bag $ 1,750.00*

Yacht Boutique Wear



*BUGATTI Yachts*
*Pouch $ 250.00*

*The Yacht Boutique Collection:*

**Bed and Bath Apparel:**



**Exclusive Limited Edition T- Shirts:**

8/4/2006

http://www.bugattiyachts.com/collection.htm

Yacht Boutique Wear



*His or Hers (name your favorite color) Yacht Boutique*
*Sport Shirts: $75.00 + S&H*



**To order any of the above items, please contact us with your favorite style, color and size. We deliver to your door!**

Yacht Boutique Wear



Click here to buy now!

More of the Yacht Boutique's Exclusive Collection coming soon!

*What do you want to see?*



*For more info, please contact John F. Rodrigues:*

Ph: +1 (561) 654-3470

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.

**Worldwide Service**



This website is 100% owned and operated by John F. Rodrigues

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

Yacht Boutique Wear

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A.  of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

The fight goes on and Justice will be Served !

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

8/4/2006

*Exhibit M*

BUGATTI MARINE - Excellence in High Speed Ship Solutions - Home Page

Page 1 of 2

8/4/2006



# Excellence in Advanced High Speed Craft Solutions
## by John F. Rodrigues

*Please select one:*

◆ **Commercial & Military Division**
(High Speed Advanced Hulls for Fast Ferries, Cruise & Battle Ships)

◆ **Custom Machinery & Equipment**
(Aluminum Diesel Engines, Gas Turbines, CHP Microturbine Generators, etc)



**Ph: +1 (561) 654-3470**

Worldwide Service

BUGATTI MARINE - Excellence in High Speed Ship Solutions - Home Page

Page 2 of 2



**e-mail: MyShip@BugattiMarine.com**

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.**

This website is 100% owned and operated by John F. Rodrigues

**© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.**
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.

Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit N*



**Excellence in Advanced High Speed Craft Solutions**

# Advanced High Seakeeping Hulls

Today's demanding Navies, commercial operators and ferry passengers expect more comfort, speed and reliability at all times.

**HIGH SEAKEEPING + LOW WAKE + ENVIRONMENTALLY FRIENDLY + LOW OPERATING COSTS = BUGATTI MARINE**

BUGATTI Marine is proud to provide our commercial operators, the world's Navies and shipyards with the most advanced high seakeeping hulls current available. We have a specific hull design to suit the needs and requirements of each route and application. Most of our advanced hull designs incorporate computerized motion control systems. All BUGATTI MARINE hull forms were originally developed for the world's leading Navies at a cost of Millions and Millions of Dollars to provide unparalleled seakeeping, unsurpassed fuel efficiency and low wake in extreme conditions.

The following hulls and motion control systems offer the best performance for the Dollar with unmatched comfort:

## ◆ A-Foil: Combines Motion Control System & Hydrofoil:

The A-foil system uses one or two retractable active foils (computer controlled) or fixed Surface Piercing Foils which are installed

on the bow area of a monohull or a catamaran.

This foil system lifts the bow of the vessel reducing hydrodynamic drag, thus increasing speed and fuel economy. The special A-Foil design destroys the wave geometry of the waves passing through them providing for a very smooth ride and drastically reducing pitch. Roll and pitch control in the system are achieved by integrated computerized "interceptors", a pair of special vertical hydraulic trim tabs in the transom area. BUGATTI MARINE has available several Designs for Fast Ferries and other commercial and military applications ranging from 40ft to 200ft in length. The A-foil Technology, depending on size and displacement of the vessel, can assure superior seakeeping at full speed in up to Sea State 5.



**50 Knot Small Fast ferry equipped with A-Foil Hydrofoil System**

## ◆ Surface Piercing Hydrofoil:





**50 knot - 250 passenger BUGATTI MARINE   Ocean Course Fast Ferry Hydrofoil**

This well proven dynamically supported self-stabilized high-speed hull technology is also offered by BUGATTI Marine leading ferry designers. Several different configurations are available and enable cruising speeds from 35 knots up to a breath-taking 65+ Knots in sea conditions of waves up to 3 meters. It's main characteristic is the low fuel consumption and excellent seaworthiness at high speeds where other hulls would require a significant reduction in speed and still provide substantial pitch and roll motions.

In the surface piercing concept, portions of the TITANIUM foils are designed to extend through the air/sea interface when foilborne. TITANIUM Struts connect the foils to the hull of the ship with sufficient length to support the hull free of the water surface when operating at design speeds. As speed is increased, the lifting force generated by the water flow over the submerged portion of the foils increases causing the ship to rise and the submerged area of the foils to decrease. For a given speed the ship will rise until the lifting force equals the weight carried by the foils.

◆ **Fully Submerged Hydrofoils:**



This ultra sophisticated hull provides the best comfort ride at high-speeds. The foils of the fully-submerged concept are designed to operate at all times under the water surface. The struts which connect the foils to hull and support it when the ship is foilborne generally do not contribute to the total hydrofoil system lifting force. In this configuration, the hydrofoil system is not self-stabilizing and requires a series of sensors and computers to adjust and maneuver the ship and to vary the effective angle of attack of the foils to change the lifting force in response to changing conditions of ship speed, weight and sea conditions. The principal and unique operational capability of hydrofoils with fully-submerged foils is the ability to uncouple the ship to a substantial degree from the effect of waves.

## ◆ FOIL ASSISTED CATAMARANS & TRIMARANS:

BUGATTI Marine has several Catamaran Hydrofoil hull designs with fully submerged foils to offer, which have been already tested in successful commercial vessels such as the Foilcat.

BUGATTI Marine Advanced High Seakeeping Hulls



Designed for those operators who want a wider platform and the speed and comfort encountered only in hydrofoils, this very stable foilborne catamaran hull design has fully submerged hydrofoils: two in the bow and one in the stern. The stern foil is coupled to a pair of high performance Z drive systems with variable pitch propellers facing forward that catapult the vessel to speeds of 50 knots (90 km/h). At that speed the hull is lifted 2.3 m out of the water and the vessel can only be run with a "fly-by-wire"-computer controlled system which adjusts the five movable foils.



**Fully Submerged Forward Foils**



**BUGATTI MARINE President & CEO,**
**John F. Rodrigues and the FOILCAT**

**Contact us if you are interested in buying or sea-trial the FOILCAT hull.**

**More about the unique advantages of Hydrofoil hulls and A-foil equipped BUGATTI Marine vessels:**

**Seakeeping of Hydrofoils:**

Some of the principle advantages of hydrofoil ships, over all other monohull or alternative ship types are:
1) The ability of a ship, which is small by conventional ship standards, to operate effectively in nearly all sea environments, and
2) An improved ratio of power to displacement in the 30 to 50 knot speed range permitting economical operation at these higher speeds. The submerged-foil ship can maintain its speed and maneuverability in heavy seas while simultaneously providing a comfortable working environment for the crew.

The ship's automatic control system (ACS) provides continuous dynamic control of the ship during takeoff, landing, and all foilborne operation. In addition to providing ship roll and pitch stability, the ACS controls the hull height above the water surface, provides the proper amount of banking in turns and all but eliminates ship motions caused by the orbital particle motion of waves.

**Maneuvering of Hydrofoils:**

Besides the significant speed advantage, hydrofoils are more maneuverable and provide a more stable platform than conventional ships. Foilborne turns are accomplished in a banked (coordinated) fashion. This causes the centrifugal force required in turns to be provided predominantly by the reliable lift capability of the submerged foils rather than by the unpredictable side forces from the struts. Turn coordination enhances crew comfort during high-rate turns because the accelerations due to turning are felt primarily as slightly greater vertical forces rather than lateral forces. For example, a 0.4g turn is felt as only 0.08g vertical acceleration increase

while the lateral acceleration is zero. Therefore, hydrofoil ships have design turn rates of 6 to 12 degrees per second, two to four times those of conventional ships, and they can maintain these rates in both calm and rough seas. The exceptional stability of the hydrofoil ship makes it a superior platform choice for today's ferry operators.

## ◇ Canted Strut CS-SWATH:



Developed and patented by a leading aerospace company, the Canted Strut Small Waterplane Area Twin Hull CS-SWATH, is wide hull design ideal for long range cruising at moderate speeds, while the more advanced High Speed SWATH can glide at 45-55Knots. Composed by two submerged torpedo like lower hulls of a varying cross-section connected to upper hulls (sponsons) by four canted struts which pierce the water surface. A SWATH is totally supported by buoyancy from the fully submerged torpedo like hulls. The reduced waterplane area of the struts partially decouples the ship from wave action on the sea surface, thus substantially reducing wave-induced force moments acting on the vessel and producing very very small ship motions in rough waters at most headings and speeds, which translates in an unsurpassed ride quality and seamanship.

An advanced touch screen motion-control system provides a the smooth ride.

Contact us if you are interested in sea-trial the CS-SWATH hull.

# ◈ High Speed HS-SWATH:



**105' Fast Ferry Vectra with High Speed HS-SWATH hull**

Developed and patented by a leading European Navy scientist from BUGATTI MARINE and offered exclusively by BUGATTI MARINE, the High-Speed Small Waterplane Area Twin Hull HS-SWATH, uses a slender patented semi-planing hull that reduces wave drag, making it possible for this unique SWATH to achieve 45-60 Knots cruising speeds in very heavy seas.

# ◈ SLICE:





**BUGATTI MARINE Fast Ferry Vectra with SLICE hull @ 40 Knots**

This innovative aerospace company design, is based on four torpedo like, fully submerged, short, low drag struts that connects to the upper hull by means of four wave piercing struts. The advantage of this concept is achieving stability in rough seas with a SWATH like smooth ride, but with the ability of developing greater speeds. SLICE is able to achieve speeds of 30 to 45 knots and reduce wave resistance by 35 percent.



SLICE's short hulls are able to rise above the wave "hump" much more quickly, similar to the way a ski boat pushes a large wave when it's traveling slowly but rises above that resistance when it reaches higher speeds. Ships too large to move beyond the hump

encounter more resistance the faster they go, thereby becoming fuel inefficient at higher speeds.

Ferry operators can make trips quicker and safer onboard a SLICE in rough weather conditions and passengers are much less likely to become seasick. For the world's Navies, the SLICE provides an excellent platform to recover and launch aircraft in heavy seas, as well as one of the most stable platforms to launch missiles and other strategic weapons.

SLICE patented PC-Based Multi-Display Touch Screen Control and Maneuvering System makes it a snap! The computer controls an automatic Fin / Ballast Motion System and has Alarm and Monitoring capabilities.

<u>Contact us if you are interested in sea-trial the SLICE hull.</u>

<u>More about the unique advantages of SC-SWATH and SLICE hulls:</u>

**Seasickness Elimination:** The SC-SWATH and SLICE do not bob up and down like a cork on top of the waves as conventional monohulls and catamarans do. Its submerged hull rides like a submarine below the waves, while the waves passes harmless through the surface piercing struts, giving these type of vessels motion characteristics of ships three times its length and up to twenty times its displacement.



**More Deck Space:** The SC-SWATH and SLICE wider beam-to-length ratio provides much more deck space then comparable displacement monohulls, meaning more useful space along the ship.





**Ability to maintain Speed and Direction in Rough Waters:** Conventional ships must dramatically reduce speed in rough sea conditions to avoid slamming damage from waves and to avoid seasickness of passengers onboard. Like hydrofoils, the SC-SWATH and SLICE can maintain up to 90% of its speed under sea state 4, conventional monohulls and catamarans only up to half of it.

**Excellent Low Speed Maneuverability:** The SC-SWATH and SLICE wide separation of its propellers enables them to make a complete circle within its length at zero forward speed.

◆ **Air Cavity Craft (ACC):**



390 Passenger Rocket III Catamaran Ferry equipped with Air cavity Hull

Dynamically supported Air Cavity hulls provide greater speed per horsepower in planning monohulls and catamarans. BUGATTI Marine has several designs of monohulls and catamarans with this fuel efficient technology.

The main feature of ACC is the configuration of the bottom of the hull that has a delta shaped hollow composed of board flanks and stern profiling platform. In the delta shaped hull hollow there are slots through which air is injected and air cavity is formed when ship is moving, isolating part of the bottom surface of ACC from the water and decreasing friction resistance in about 30%.

ACC hulls have bottom sections before and behind the cavity that are in stationary contact with water. These sections not only protect air in the cavity from leaking, but also render forming action on cavity surface. The volume of air cavity in an ACC is much less than that of the cushion in a hovercraft and corresponds only to 2-3% from the power of main ship engines.

The simpler construction of ACC provides great advantages in comparison with other high speed ships with dynamic principles of support.

Case 9:04-cv-80790-JIC   Document 100   Entered on FLSD Docket 08/07/2006   Page 126 of 161



Air Cavity Catamaran hulls in action. Comfort at 60 knots!

◊ **WPT (Wave Piercing Trimaran):**



WPT - Speed and Seakeeping Laboratory Tank Tests

This is one of the most recent and advanced patented hull forms offered exclusively by BUGATTI MARINE and the second fastest, after the remarkable 250 knot Ekranoplans.  The ultra sleek trimaran hull supports a triangular wing shaped superstructure that provides Wing in Ground effect in high speeds for a 70% dynamic lift of the craft's weight. Developed and tank tested in Europe by BUGATTI MARINE's  world leading military marine scientists and engineers, the WPT is the ultimate platform for very high speeds with negligible wake and minimum power. Our current commercial, pleasure and military designs range from 20 tons to over 1000

tons. The giant 1000 Ton version can achieve speeds over 120 knots and operate in Sea State 5 conditions, becoming the Littoral Combatant, passenger Ferry and cargo ship of the future. Able to carry heavy helicopters at high speeds, the WPT will soon prove to be a superior and attractive Military Ship. It's Stealthy superstructure with concealed weaponry capability will outperform even the most advanced military monohulls and catamarans in the battle field. The extremely flexible modular design also makes the WPT an ideal passenger & cargo platform for offshore operators. Coming soon to a dock near you!

## ◆ Aeroferries™ (Wing in Ground Effect Ships / Ekranoplans):



192' (58m) BUGATTI MARINE Gemini Aeroferry™

The fastest and most fuel efficient commercial "watercraft" ever developed! With cruising speeds over 250 knots and no Sea State limitations, BUGATTI Marine Aeroferries give new meaning to fast water transportation. Our leading designers have experience in WIGs up to 500tons and ships up to 244ft. Less expensive to operate and yet far more efficient than any aircraft, Ekranoplan ships

can carry twice the weight with a fraction of the power of commercial and military planes, with the ability to operate over ice, snow or water.

This well proven military technology is now first offered for ferry and cargo operators by BUGATTI Marine. Several different custom configurations are available, including as a Military Transporter for cargo, soldiers and tanks.

## ◇ Ultra High Speed Amphibian Transporter:



BUGATTI Marine offers the most advanced amphibian transporter in the world! With a displacement of 700 tons and a load capacity of up to 300 tons, this magnificent vessel is capable of cruising speeds of 150km/h up to a maximum of 250km/h over ice, water or land depending on load. It is powered by a combination of turbofans and turbo props for maximum lift and best fuel efficiency.

Case 9:04-cv-80790-JIC   Document 100   Entered on FLSD Docket 08/07/2006   Page 129 of 161

◇ SWATH Monohull with Outriggers:



The ultimate technology for large Fast Container Ships or even Aircraft Carriers, with far superior seakeeping than monohulls, better fuel consumption and increased deck space. BUGATTI MARINE Team of Naval architects and engineers are the world leaders in this technology are are ready to suit your particular commercial or military needs.

BUGATTI MARINE SWATH Monohull with Outriggers provide far better seakeeping and speed than the recently launched English military ship *TRITON* which uses a conventional monohull with outriggers.

*What do you want to see?*







**Worldwide
Service**

**Ph: +1 (561) 654-3470**

**e-mail: MyShip@BugattiMarine.com**

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.**

**This website is 100% owned and operated by John F. Rodrigues**

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A. of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
<u>LEGAL INFORMATION</u>

*Exhibit O*

BUGATTI Yachts Silver Bullet by John F. Rodrigues



### For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT



TM

Exclusively by John F. Rodrigues

# BUGATTI Yachts Offshore Racing





## 40' (12m) BUGATTI RACING Silver Bullet

Featuring the Ultra High-Speed Self-Stabilizing Wave Piercing Trimaran Hull

**Racing Concept & Design: John F. Rodrigues**
**Engineering by: John F. Rodrigues and the BUGATTI Yachts International Design and Engineering Team**
**Delivery: 8 months**
**$1,500,000 (US)**
**Construction: Titanium / Advanced Composites**
**Engine: Twin BUGATTI Marine Gas Turbines**
**Propulsion Drive: BUGATTI Marine high performance Ventilated Water Jets**
**Fuel Type: Diesel**

**Designed to beat all Offshore Racing Records, the 250 km/h capable BUGATTI RACING Silver Bullet is a technology thoroughbred that incorporates patented three slender next-generation Wave Piercing hulls in a unique triangular arrangement for maximum stability.**

A semi-wing in ground effect aerodynamic superstructure increases speed and prevents the racing boat from flipping under unexpected gusts of wind, what is very common with Offshore Racing catamaran hulls.

The self-stabilizing hulls and the sleek jet-fighter cigar-shaped bright metallic superstructure are made with rigid high-tech lightweight titanium alloys and carbon fiber / Kevlar hybrids to ensure maximum safety for the "Pilots" at any speeds. The driver and the throttle man are seated in tandem well above the water, under a transparent jet-fighter canopy, located forward in the superstructure. This cockpit arrangement is much safer in the event the Racing boat crashes with another vessel or an obstacle and provides for far better visibility at all times.

Although the Silver Bullet Wave Piercing Trimaran design glides ferociously fast through the water, it does so with unmatched quietness and smoothness. The powerful BUGATTI MARINE engines are located far back, away from the cockpit and separated from the main cigar-shaped structure, which is suspended in the air by the three piercing hulls, thus completely uncoupled from the the effects of the waves, including water-hull friction noise.

The aerospace derived cockpit incorporates computers and touch-screens panels for easy engine monitoring and electronic trim adjustment at high speeds. The computer also displays incoming wireless messages from the Racing Team and allow remote monitoring of all systems & circuits onboard. Precise steering is made by means of twin fly-by-wire joy-stick controls, which add for safety and redundancy in emergency situations. Automatic emergency oxygen masks, fire extinguisher system and a quick-release canopy & racing seats are standard. So are the custom membrane vapor-free fuel tanks with fire-retardant gel.

Silver Bullet is pure Adrenaline for those who want to race with the best and with maximum safety and comfort...A true winner!

For more information on the Ultra High-Speed Wave Piercing Trimaran hull and other BUGATTI YACHTS exclusive Advanced Hull Designs go to:



*Participating Designers & Designs- Click and Go:*

*John F. Rodrigues*

J-Star Group   Abdeslam Laraki   Tony Castro   Oliver   Giancarlo Zema

BUGATTI Yachts Woodies

BUGATTI Yachts Hydrofoils   BUGATTI Yachts Ekranoplan

*What do you want to see?*







*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**e-mail: Superyachts@BugattiYachts.com**

**Worldwide Service**



1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.

**This website is 100% owned and operated by John F. Rodrigues**

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A.  of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit P*

BUGATTI Yachts Press Release



® For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT

## Press Releases

May 19, 2006:

**John F. Rodrigues Wins Big!   The corrupt Volkswagen A.G. through its Tax Heaven Luxembourg subsidiary Bugatti International S.A. failed on its fraudulent attempt to steal John F. Rodrigues' personally owned trademarks Bugatti Yachts, Bugatti Marine and Bugatti Racing by means of a frivolous and baseless lawsuit against his defenseless companies Yacht Boutique & Bugatti Marine.   The Federal Court ordered the United States Patent & Trademark Office to resume Mr. Rodrigues' pending Cancellation and Opposition proceedings against Bugatti International's fraudulently registered EB Bugatti & Bugatti car marks and assured that Mr. Rodrigues is entitled to the use of his personal trademarks.**

**Click here for full story**

BUGATTI Yachts Press Release



**From Boat International USA**
**May/June 2006, page 19**

# 197ft Poseidon: Innovative, Environmentally-Friendly Architectural Design

The latest concept project by the Giancarlo Zema Design Group of Rome, Italy, is this futuristic 197ft motor yacht. Designed for Florida's Bugatti Yachts and featuring three overlapping decks wrapped in all-glass bow windscreen, the all-aluminum Poseidon has a projected speed of 40 knots, powered by turbines with ventilated water jets running on liquefied natural gas. The hull has a special air cavity hull that reduces resistance by introducing a thin cushion of air under the boat, while motion control sensors linked to T-foils act as stabilizers to eliminate pitch, heave and roll at cruising speeds. The Bugatti Marine turbines will be augmented by steerable jet thrusters for close-quarter maneuvering. Mini turbine generators will power the thrusters and also the heat, power and cooling, for the entire vessel.

The innovative deck design and diagonal profile conceal a straightforward internal structure with interconnecting stairways. The streamlined hull and extensive use of glass give the structure a light appearance, a concept that is echoed through the interior. All eight staterooms will feature floor-to-ceiling panoramic views, a key design element intended to blend the interior with the outdoors. This 18-month build project has reportedly been sold.

Giancarlo Zema is also known for his futuristic semi-submerged architectural structures include the Trilobis 65 and Jellyfish, a sci-fi floating home with underway viewing pod.

http://www.bugattiyachts.com/press.htm

BUGATTI Yachts Press Release

**Click here for more info on Poseidon**



## The future of yachting

A new type of yacht offers unlimited seakeeping and long-range capabilities with cruising speeds in excess of 250 knots, writes John F. Rodrigues, Bugatti Yachts.

**Click here to read the full article**

**World Super Yacht 2003, pages 16-22**

HURLINGHAM POLO ASSOCIATION

# BOOK OF THE SEASON

## 2002

## THE QUEEN'S GOLDEN JUBILEE

http://www.bugattiyachts.com/press.htm

**Click here to read the full article**

# Leading corporate supporters

The majority of the world's great sporting events owe a debt of thanks to the corporations that support them. The following companies are pleased to be associated with

*The America's Cup 1851-2001*
*A Celebration*

BUGATTI Yachts Press Release

2002, pages 102 & 103

BUGATTI Yachts Press Release



## Sea-keeping Masterpieces

BUGATTI YACHTS symbolizes a new era in comfort and high-speed cruising at sea with new technologies, unsurpassed craftsmanship and elegance for an elite clientele. A team of over five hundred highly qualified designers, naval architects, engineers and hydromicists from European and US Navies bring the latest in military and aerospace technologies and unique design concepts that are built in selected shipyards throughout the world with unparalleled reliability and service support.

BUGATTI YACHTS

Yacht Boutique in Boca Raton, Florida on +1 (561) 654-3470, in addition a limited number of invitations for upcoming rendez-vous are available via www.BugattiYachts.com



From Page 24.

http://www.bugattiyachts.com/press.htm

BUGATTI Yachts Press Release



JANUARY 2002, Page 134.



# BUGATTI YACHTS BAUT 100 METER ALUMINUM PUR

**"Sublime"** lautet der     Vier Turbinen werden auf     Die sollen Gästen in insgesamt

benetzte Fläche um 35

http://www.bugattiyachts.com/press.htm

vorläufige Name einer 100 Meter langen Aluminium-Konstruktion von Bugatti Yachts. In den nächsten Wochen soll bereits der Kiel auf einer europäischen Marinewerft gelegt werden.

zwei Jets wirken und eine Geshwindigkeit von 40 Knoten ermöglichen. Die Motorenleistung unterstützt eine Rumpfkonstruktion, die dank eines Luftkissens die

Prozent reduziert. Die Garage sieht Platz für drei 12 Meter lange Tender und sechs Autos vor. Die technischen Ausrüstungen orientieren sich an den Standards der US-Navy.

zwölf Suiten zugute kommen. Die Betreuung des Projektes liegt in den Händen von John F. Rodrigues, dem CEO der Yacht Boutique/Boca Raton:jfr@yachtboutique.com

December 2001

LOCKHEED MARTIN

YACHT BOUTIQUE / BUGATTI YACHTS
SELECTED BY LOCKHEED MARTIN
AS MARINE CONSULTANTS FOR THE
DEVELOPMENT OF NEXT GENERATION
ULTRA HIGH SPEED STEALTH SHIPS

Aerospace leader Lockheed Martin, who has recently been awarded a 200 Billion Dollar contract by the US Government for the production of a new stealth supersonic military fighter capable of vertical take-offs and landings and, who in the past has designed and built some of the most advanced military ships such as the stealth ship Sea Shadow, has selected and hired Mr. John F. Rodrigues and his Florida based companies Yacht Boutique / BUGATTI YACHTS, as consultants in *Advanced Marine Technologies for the next Generation High Speed Ships* for assistance in the development of a next generation 100 knot-plus stealth military ship for the US Navy.

Mr. Rodrigues, who pioneered the integration and transfer of the world's most advanced military, aerospace and commercial technologies into the Yacht Industry through his innovative Yacht Boutique, BUGATTI YACHTS & BUGATTI MARINE projects

Page 8 of 13

was honored to see his hard work recognized by Lockheed Martin, as it symbolizes the highest award a person and/or a company can possible achieve in the Marine Industry.

Lockheed Martin counts with Mr. John F. Rodrigues creative mind, expertise and his companies' abundant marine innovative technologies and resources, such as a Team of over five hundred of the world's most renowned naval architects, marine scientists, engineers, designers and test laboratories who have built to the world's leading navies everything from nuclear submarines to wing in ground effect ships capable of 250+ knots. Lockheed Martin is most interested in joint exploring BUGATTI YACHTS & BUGATTI MARINE proprietary advanced high speed and high seakeeping hulls, aerospace derived motion control systems, high efficiency propulsion systems and machinery, such as the exclusive lightweight Aluminum 42 and 56 cylinder Radial Diesel engines and compact gas turbines with integrated gear boxes custom built under the BUGATTI MARINE name brand. Other shipbuilding technologies that can see potential use in the Next Generation Ultra-Fast Ships are the use of BUGATTI MARINE's lightweight styreneless non-flammable composites, titanium structures and special aluminum magnesium alloys which are also in the agenda of the consultancy.

For more information please contact: Yacht Boutique @ (561) 654-3470 or visit www.BugattiYachts.com

**From Boat International**
**USA - August 2000 issue**
**pg.24**

*Technology Showcase from*

# BUGATTI Yachts & BUGATTI Marine

## 132ft Bugatti Constellation



☐ For a cool $18 million, a fortunate individual will take delivery of Bugatti Yachts 132ft Constellation, an extremely dapper motoryacht with twin 6000hp turbines, waterjets, aluminum gearbox package and equipment custom

The prestigious BUGATTI Yachts are built in selected shipyards worldwide and sold exclusively through the Boca Raton based Yacht Boutique. With a marketing strategy that does not include participation in Boat Shows or industry magazines advertisement, those curious and interested enough in seeing what BUGATTI Yachts has to offer in Superyacht design and technology will have to either make an appointment or get their hands on a limited number of invitations available to attend one of the four seasons private vacation style events, which are called The Quatre Saisons Rendez-Vous and will take place in St. Moritz, Maui, Monaco and Palm Beach respectively.

BUGATTI Yachts slogan is "Plaisir en Mer!" which translates as Pleasure at Sea!

8/4/2006

built under Bugatti Marine name. Bugatti Yachts is the only company to use its own machinery and equipment in this way. In a matter of seconds and without so much as a shiver the Constellation accelerates to over 40 knots and rides the seas with matchless calm. The secret is a T-foil motion control system in the bow. Bugatti Yachts' motion control systems are derived from aerospace technology. Ten guests are accomodated in five staterooms, with notable features on deck including a bow-rider area, retractable roof panels, and a six person Jacuzzi under the stern sun pad. Bugatti Yachts is exclusively represented by Yacht Boutique and has fifteen models in the range from 50-200ft. The company uses the lates in hull technology, including hydrofoil, air cavity and SWATH, and its electric equipment, monitoring and alarm systems arc approved by the US Navy. Bugatti's 42 cylinder marine radial Aluminum Diesel engine is unique in the world.

Contact: Yacht Boutique, 1515 N. Federal Hwy., Suite 300, Boca Raton, FL 33432 Tel: (561) 654-3470

The fully customizable motor and sail Superyachts promise to deliver unsurpassed ride comfort and speed at sea. High-tech patented hull designs developed originally for special military and commercial applications that use dynamic lift (Hydrofoils and Air Cavity) or submerged structures (SWATH, SLICE and HYSWAS) as a principle of operation are now first and exclusively available through BUGATTI Yachts. The much more efficient and stable submerged structures dynamically lift the entire hull out of the water and away from the effect of the waves when in forward motion, significantly reducing the overall drag and allowing the vessel to cruise in much higher speeds with lower fuel consumption when compared to conventional monohulls. In addition, those advanced hull forms complete eliminate seasickness, since the waves now run away from the hull drastically reducing pitch and roll.

BUGATTI Yachts can be build in advanced materials such as composites (carbon fiber, Kevlar) and the new BUGATTI Marine Super Aluminum Magnesium Alloy which is lighter, stronger and more salt resistant than all other marine grade aluminum.

BUGATTI Yachts customers enjoy a broad choice of beautiful Yacht designs ranging from 35ft to over 400ft and custom built machinery that combined with the traditional and high-tech hulls promises to please all tastes and preferences.

Under the guidance of BUGATTI Yachts and BUGATTI Marine lays an umbrella of leading marine and aerospace companies, several renowned international naval architects, engineers and designers which are partners in the project and are jointly developing custom advanced aerospace and Navy derived marine systems.

BUGATTI Marine offers from sophisticated aluminum Diesel engines and powerful gas turbines coupled to lightweight compact gear boxes, to electrical and electronic ship systems such as mini power generators units turned by gas turbines.

John F. Rodrigues, president of Yacht Boutique and spokesman for BUGATTI Yachts, assures that "BUGATTI Yachts is a project fruit of the extensive research and development of a joint team effort of the world's best in each field who are

proudly gathering the latest technology achievements in one personalized product".

Those attending the four yearly private events will have a chance to meet in person the extraordinary people that are making BUGATTI Yachts and BUGATTI Marine the most technologically advanced yachts and marine equipment ever. They will be presenting and discussing their Yacht technologies and designs in detail during the events.

From Boat International USA - October 2000 issue pg. 30

# Bugatti Marine Custom Engines



◻Genuinely custom-built aluminum marine Diesel engines and gear boxes are now available from BUGATTI Marine through Yacht Boutique. Before it leaves the plant, where every component is manufactured in- house, each engine is rigorously test-run and then disassembled for inspection before being reassembled for shipping. The owner is guaranteed that, should a problem occur, the technician who installed or commissioned the engine will be on board the yacht within fourty eight hours . There are over thirty models in the range, with three basic configurations. The four stroke turbo-charged and inter-cooled V-12 produces up to 1500HP, while the unique Radial series is either a

four stroke turbo-charged and inter-cooled 42-cylinder unit offering up to 4000HP or 56-cylinder engine producing up to 5350HP. A twin 56-cylinder installation delivers no less than 10000HP.

**Contact:** Yacht Boutique, 1515 N. Federal Hwy., Suite 300, Boca Raton, FL 33432
Tel: (561) 654-3470

From Boat International USA - December 2000 issue pg. 43

## 235ft Bugatti Yachts Super Sport



□A new type of yacht has been recently added to the wide BUGATTI Yachts portfolio ranging from 50ft to over 420ft. With a choice of two advanced dynamically supported hulls that are fully stabilized by computer controlled underwater wings or foils, the cool 235ft Super Sport redefines Superyacht design, comfort and speed at sea. The Air Cavity hull makes this massive 40ft beam Superyacht cruise smoothly over a thick layer of air reducing drag and increasing fuel efficiency in

more than 35%, while the aerospace derived T-Foil motion control system reduces pitching and rolling in 75%. For those who like the thrill of riding above the waves, the unique and retractable A-Foil system consists of a forward active foil that is specifically designed to partially lift the hull from the effects of the waves and at the same time to create a shaving effect, that physically destroys the waves passing through, opening a path for a silk smooth high speed ride. Propulsion of both hull technologies are delivered by triple whisper quiet turbines, waterjets and gearboxes custom built under the BUGATTI Marine name. Economical transoceanic range is possible using the center unit. What really calls one's attention in this model is her upper deck 200ft plus of open space containing an eight person spa bath, forward and aft sun pads and an enormous entertainment area wrapped by a very tall windshield, found in no other yacht in the world. Arriving helicopter guests take a glass elevator that serves the four lower decks which floor plans are a well kept secret only personally revealed to BUGATTI Yachts customers. Eighteen guests are accommodated in nine staterooms featuring wide windows for breath-taking ocean views. Four of them are VIP's and the master stateroom is nicely split among two and a half decks. The wide body 40ft beam Super Sport also incorporates a new garage concept, which can be directly accessed from the aft lower salon. It accommodates two large 30ft tenders, four cars and other toys, conveniently deployed from either port or starboard sides. All custom BUGATTI Marine electric equipment, monitoring and alarm systems are approved by the US Navy. The Super Sport truly inaugurates a new era in high speed Superyacht cruising with total comfort in adverse sea conditions.



**Contact:** Since BUGATTI Yachts does not participate in Boat Shows, those interested should contact Yacht Boutique at (561) 654-3470 or, try to get their hands in a limited amount of invitations for their upcoming Palm Beach Rendez-Vous.

*For more info, please contact John F. Rodrigues:*



Ph: +1 (561) 654-3470

**Worldwide Service**

e-mail: Superyachts@BugattiYachts.com

1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432 U.S.A.

**This website is 100% owned and operated by John F. Rodrigues**

© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.

All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A.  of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

**The fight goes on and Justice will be Served !**

All technical data and information supplied in this site is subject to change without notice.

Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.

Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.

LEGAL INFORMATION

*Exhibit Q*



### For the One of a Kind!

PERSONALIZED YACHT CONSULTANCY   NEW CONSTRUCTION   DESIGN   ENGINEERING   MANAGEMENT
CHARTER   MARKETING   YACHT INTERIORS   REFITS   CUSTOM MACHINERY & EQUIPMENT
YACHT PORTFOLIO   PRESS RELEASES   MAKE AN APPOINTMENT

## Press Release

# How the corrupt Volkswagen A.G. and its subsidiaries are attempting to steal without any legal right the legitimate Bugatti Yachts, Bugatti Marine and Bugatti Racing Trademarks of Mr. Rodrigues by fraud and abuse of economic power in a corrupt legal system that gives no protection to the small entrepreneur.

**FULL TEXT:**

For American Superyacht developer and builder, John F. Rodrigues (Joao Francisco Camargo Rodrigues), owner of the prestigious and world-renown BUGATTI YACHTS, BUGATTI MARINE and BUGATTI RACING trademarks, it is time to put a stop on the corruption of large multinational corporations like Volkswagen A.G., that not only defraud their own investors and the general public, but also international governments.

Volkswagen A.G. is here accused of misusing its mega economic power to pursue unlawful activities to obstruct justice and deprive small business owners of their legitimate civil rights, with the assistance of mercenary individuals and lobbyist law firms that are large political contributors and use of their traffic of influence in Courts and Government Agencies to interfere with free trade and corrupt the judiciary system to steal without any legal right the personal property of defenseless individuals.

Mr. Rodrigues, has been courageously attempting to bring the criminals to Justice for the past six years in a fight that started at the United States Patent and Trademark Office and culminated in two David against Goliath complaints in Federal Court (see last one 04-80928CIV-COHN here), both conveniently dismissed by the perpetrators that cowardly refuse to accept service of summons with limited appearances so that the merits can never be examined by a neutral jury, while they attempt to steal Mr. Rodrigues personal trademarks and web sites by suing his defenseless corporations Yacht Boutiqiue and Bugatti Yachts, yet obtaining a fraudulent judgment and injunction, which are were successfully contested.

On May 19th, 2006 the Federal Judge Ordered the United States Patent & Trademark to resume Mr. Rodrigues' pending Cancellation and Opposition proceedings against the fraudulently registered EB Bugatti and pending Bugatti marks for cars and assured that Mr. Rodrigues is entitled to continue to use his trademarks as an individual, despite of the jugment by default obtained against his defenseless companies.

Is there any Justice in America? Mr. Rodrigues believes that there is not! Like everything in America, it's all about money. Justice is for the ones that can afford it. The corrupt American legal system not only protects the large against the small, but actually prevents a small business owner to represent his own company, leaving them completely vulnerable to the criminal predators, like VW. The Courts refuse to appoint you an attorney if you cannot afford one and if you are a small business man and cannot afford to spend millions of Dollars in attorneys fees to defend your company against a giant like Volkswagen, you are simply defenseless and doomed. You will get a Judgement by Default no matter how right you are and if you attempt to answer the complaint on behalf of your company, the Court will strike your answer and counterclaim.

YOUR RIGHTS IN AMERICA ARE MEASURED IN ACCORDANCE TO YOUR BANK ACCOUNT, NO MONEY NO JUSTICE, NO MATTER HOW RIGHT YOU ARE. BEAUTIFUL SYSTEM!

Without the financial means to fight the economic power of Volkswagen A.G. and until some heavy investor backs him up, Mr.

Rodrigues decided to represent himself in the proceedings he filed against the evading defendants, as he believes that it is the only way he will be able to go all the way to a Jury trial in a corrupt environment, where attorneys normally make deals and settlements in behalf of their clients that are generally not in the best interest of the smaller party. By acting Pro Se, the Florida businessman also avoids having Volkswagen A.G.'s 450 attorneys of Philadelphia based Blank Rome LLP quickly exhaust his financial resources and kick him out of Court before a verdict.

John F. Rodrigues, who long before getting involved in the shipbuilding business, fortunately became an international lawyer in Brazil, knows his rights as a US citizen, demands Justice and wants to expose to the public how foreign multinational corporations managed by unscrupulous CEOs can today, quietly and unpunished, misuse their investors' capital in unlawful activities around the world that prevent free trade, deprive individuals and companies of their civil rights and ultimately, by frivolous lawsuits, destroy defenseless small business owners that cannot possibly compete with the large multinational economic litigation power of groups like Volkswagen A.G.

The yacht builder and international attorney points out that the US legal system structure is perfectly set up for a corruptive environment and must be revised if there is to be any justice left in America. He argues that Justice in the US has become a privilege of those few who can afford it, stating that current US legislation pushed by the BAR associations have banned the ability of small business owners of representing their own companies in Court, rendering themselves completely vulnerable to the predatory acts of multinational corporations. As a result, he believes there is a "legal-theft" of individual and civil rights guaranteed by the Constitution by the legal maneuvers of unscrupulous mercenary attorneys profiting from the unlawful interests of multinational corporations, at the cost of destroying defenseless small business.

The corruption in America is such, that the Mayor of the city of Boca Raton is an attorney at the lobbyist law firm Blank Rome LLP, in a total conflict of interest and, that US Judges can retire and go anytime to work for law firms were they were earlier promised jobs. "How can someone expect a fair trial if the attorney for the wealthy party was previously a Judge in the same Court you expect Justice?" Mr. Rodrigues affirms that the defective legal system has allowed the corruption to reach the administrative branches of the US Government and comments that notwithstanding the fact that the lobbyist law firm Blank Rome LLP was a major financial contributor to the current George Bush administration, thus having clear traffic of influence on all Government institutions and agencies, we have a system that allows a United States Patent and Trademark Office attorney to retire and then go to work for law firms that represent clients and practices in the same government institution, like there is nothing wrong with that or no conflict of interest at all. "Again, how can you expect an individual or small business to have his or its legitimate trademark rights assured in the United States, if the attorneys for the large multinational corporations have free traffic of influence inside the United States Patent & Trademark Office?"

For Mr. Rodrigues, there is no big surprise that Volkswagen A.G., acting through an unknown subsidiary in the Tax Haven of Luxembourg, Bugatti International S.A., has for over seventeen (17) years without any legal right, applied, registered and illegally warehoused dozens of invalid trademark registrations based on the original Ettore Bugatti marks in the United States Patent and Trademark Office. He stresses that none of such registered or pending marks have ever been used in commerce, a clear trademark

law requirement for a valid trademark registration and, that the warehousing of marks is illegal and turns such marks invalid and subject to cancellation. The only explanation he has is the traffic of influence of Volkswagen A.G.'s attorneys in the USPTO. Now, after four years of fighting in the USPTO and tired of the obstruction of justice by the lobbyist law firm Blank Rome and the lack of action by part of the USPTO in canceling such fraudulent registrations, Mr. Rodrigues is suing both. Perhaps, the big surprise for Volkswagen A.G. and its subsidiaries respective CEOs and directors, and for Blank Rome LLP and seven of its attorneys, was to see themselves also sued in person for obstruction of justice and fraud among other several counts.

The marine entrepreneur, who has today the largest yacht Portfolio in the industry with over 40 designs ranging in size from a 32ft titanium hydrofoil to Superyachts over 420ft, says his superior and more prestigious multi-million Dollar shipbuilding services under the BUGATTI YACHTS, BUGATTI MARINE and BUGATTI RACING marks had pose a threat to the German car builder attempt to resurrect the defunct car mark EB BUGATTI, named after Ettore Bugatti, an Italian fellow that built cars in France in between 1910 and 1939, and calls the Bugatti car project a fraud against its investors and the consumer; that involves conspiracy, unfair competition, antitrust violations, trademark infringement and the illegal registration of Mr. Ettore Bugatti's original trademarks in several countries around the world to form a monopoly that so far has cost unaware investors over $750 Million Dollars, with not even one single car delivered to the public in over six years of promises.

Mr. Rodrigues contemplates that the unlawful actions of Volkswagen A.G.'s managing Team in conspiring with others to unjustly pursue the destruction of his non-competing business with the abuse of economic power in unfair competition, combined with the abuse of the legal system, may now seriously jeopardize Volkswagen A.G.'s integrity and the future of its fraudulent EB Bugatti mark. The yacht builder says he can prove that neither Volkswagen A.G., nor its unknown Tax Haven subsidiary, Bugatti International S.A. of Luxembourg, or Bugatti Automobiles S.A.S, the company from 2001 to eventually build the cars, are the legitimate successors to Mr. Ettore Bugatti or his marks, as Volkswagen A.G. falsely states to the public, and consequently, not the legitimate owner of the mark EB BUGATTI for automobiles, which has been in actual use by Pur Sang, an Argentinian company making replicas of Ettore Bugatti's original race cars since 1995, thus long before Volkswagen A.G. has claimed to have acquired the rights for the mark. John F. Rodrigues says that history is just repeating itself when he remembers the fiasco and embarrassment of Volkswagen A.G. with the Rolls-Royce purchase back in 1998 for over $750 Million Dollars to later find out that the trademark actually belonged to rival BMW. Volkswagen A.G. produced Rolls Royce cars for a couple of years before it was forced to surrender production to BMW.

One may ask now, what the Principality of Monaco, Prince Albert and Prince Rainier Grimaldi has to do with Volkswagen A.G.'s and its subsidiary Bugatti Automobiles S.A.S unlawful business practices? The marine entrepreneur alleges that the Principality of Monaco, Prince Rainier and Prince Albert voluntarily accepted, endorsed and promoted unfair competition, anti-trust violations and trademark infringement in their territory, thus violating several of the anti-trust and trademark international agreements that the Principality of Monaco and the United States are member countries and of which the Principality of Monaco had the duty to enforce it and punish the infringers.

Mr. Rodrigues affirms that the willful and malicious sponsorship of the Monaco Yacht Show and other marine events by a car

company, Bugatti Automobiles S.A.S., is completely unnatural, just as Superyachts would be in an Auto Show. The yacht builder accuses Volkswagen A.G.'s and its subsidiary Bugatti Automobiles S.A.S of trading on his good will, unfair competition, trademark infringement, trade libel and of deceiving the public as to the source of the goods, in an attempt to destroy his marine business and steal it for itself by abuse of economic power, which became even more blatant on 2003, when it conspired with two German yacht design companies, NEWCRUISE Yacht Projects & Design and Beiderbeck Designs, also sued by John F. Rodrigues, to market a counterfeited Superyacht project named by Volkswagen A.G. as the Bugatti Event Cruiser, which wholly incorporates Mr. Rodrigues BUGATTI YACHTS Bora, in display since 1999.

AdobePDF

".  Get here a copy of the complete 62 page original 2004 lawsuit now dismissed on 04/25/2006 because the coward defendants are running from Justice and refuse to answer the complaint). THE CASE WILL BE RE-FILED AND THE CRIMINALS WILL BE BROUGHT TO JUSTICE SOONER OR LATER.

*For more information or an interview, please contact John F. Rodrigues directly at +1 (561) 654-3470*

*For more info, please contact John F. Rodrigues:*

**Ph: +1 (561) 654-3470**

**e-mail: Superyachts@.BugattiYachts.com**

**1515 N. Federal Hwy. Suite 300 Boca Raton, FL 33432
U.S.A.**

**Worldwide
Service**

<u>This website is 100% owned and operated by John F. Rodrigues</u>



© Copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005 & 2006 John F. Rodrigues . All rights Reserved.
All Services, Products and Designs are Copyrighted and Trademarks of John F. Rodrigues.

This web site conforms with the May 19th, 2006 Court Order in CASE # 04-80790-CIV-COHN that prevented Bugatti International, a subsidiary from the

corrupt and arrogant Volkswagen A.G., from stealing Mr. Rodrigues' personal legitimate Bugatti Marine, Bugatti Yachts and Bugatti Racing trademarks and websites without any legal right and due process. The Court Order authorizes Mr. Rodrigues, the only and exclusive owner of the Trademarks and websites, to continue to use them as an individual, independent from his company Bugatti Marine, Inc. now enjoined from using them. The Judge also Ordered the United States Patent and Trademark Office to resume the pending cancellation proceedings temporarily suspended by the distraction of the coward, frivolous and baseless lawsuit against Mr. Rodrigues' company Bugatti Marine.  Bugatti International S.A.  of Luxembourg, Volkswagen A.G's Tax Heaven subsidiary, now faces the cancellation of all its fraudulent registered "Bugatti" trademarks with the United States Patent & Trademark Office and the THE END of the yet to be seen Bugatti Veyron car.

### The fight goes on and Justice will be Served !

All technical data and information supplied in this site is subject to change without notice.
Reproduction of any names, contents or images from this Site is a Crime punishable to the maximum extent of Law.
Some of the logos and pictures used in this site are Copyright and Trademarks of their respective listed companies and individuals.
LEGAL INFORMATION

*Exhibit R*



## YACHT BOUTIQUE
1515 N. FEDERAL HWY-SUITE 300
BOCA RATON, FL 33432

| Document Number | Status | Date Filed |
|---|---|---|
| G99077900251 | ACTIVE | 03/19/1999 |

| Expiration Date | Current Owners | County |
|---|---|---|
| 12/31/2009 | 000000001 | PALM BEACH |

| Total Pages | Events Filed | FEI Number |
|---|---|---|
| 000000002 | 000000001 | NONE |

## View Filing History

[ Previous on List ]        [ Return to Name List ]        [ Next on List ]

## Owner Information

| Name & Address | FEI Number | Charter Number |
|---|---|---|
| TRADE SPECIALTIES, INC.<br>1515 N. FEDERAL HWY-SUITE 300<br>BOCA RATON, FL 33432 | 98-0149382 | P94000081242 |

## Document Images
Listed below are the images available for this filing.

G99077900251 -- 03/19/1999 -- REGISTRATION
G04999064687 -- 02/04/2004 -- RENEWAL

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

    

**APPLICATION FOR
REGISTRATION OF FICTITIOUS NAME**

FILED
Mar 19 1999 8:00am
Secretary of State

**Section 1**

1. _Yacht Boutique_
   Fictitious Name to be Registered

2. _15.15 N. Federal Hwy - Suite 300_
   Mailing Address of Business
   _Boca Raton, FL 33432_
   City          State     Zip Code

3. Florida County of principal place of business:
   _Palm Beach_ ✓

4. FEI Number: _98 - 0149382_

G99077900251
-03/19/99--01007--023
***$0.00

This space for office use only

**Section 2**

**A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary):**

1. _Rodriguez, Jose F_       2.
   Last    First    M.I.              Last    First    M.I.

   Address                           Address

   City    State    Zip Code         City    State    Zip Code

   SS#                               SS#

**B. Owner(s) of Fictitious Name If other than an individual: (Use attachment if necessary):**

1. _Trade Specialties, Inc._    2.
   Entity Name                      Entity Name

   _15.15 N. Federal Hwy - Suite 300_
   Address                          Address

   _Boca Raton, FL 33432_
   City    State    Zip Code         City    State    Zip Code

   Florida Registration Number _P94000081042_ ✓   Florida Registration Number
   FEI Number: _98 - 0149382_        FEI Number
   [ ] Applied for   [ ] Not Applicable    [ ] Applied for   [ ] Not Applicable

**Section 3**

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. I (we) further certify that the fictitious name shown in Section 1 of this form has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the applicant's principal place of business is located. I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. (At Least One Signature Required)

_[signature]_    _03/12/99_    ✓   Signature of Owner    Date
Signature of Owner    Date

Phone Number: _(561) 243-8505_    Phone Number:

**Section 4**

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:
FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name

_____ , which was registered on _____ and was assigned

registration number _____

Signature of Owner    Date    Signature of Owner    Date

Mark the applicable boxes   [X] Certificate of Status — $10   [ ] Certified Copy — $30
**FILING FEE: $50**
Note: Acknowledgements/certificates will be sent to the address in Section 1 only    CR4E-001 (12/97)

# APPLICATION FOR
# REGISTRATION OF FICTITIOUS NAME

**FILED**
**Jan 25, 2001 8:00 am**
**Secretary of State**

1. _BUGATTI YACHTS_
   Fictitious Name to be Registered

2. _1515 N. Federal Hwy, Suite 300_
   Mailing Address of Business
   _Boca Raton        FL        33432_
   City          State          Zip Code

3. Florida County of principal place of business: _____
   _Palm Beach_

4. FEI Number: _65-1067672_

G01025900145
-01/25/01--01036--048
***60.00

— This space for office use only —

## A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary):

1. _____  2. _____
   Last     First     M.I.        Last     First     M.I.

   _____     _____
   Address                     Address

   _____     _____
   City     State     Zip Code    City     State     Zip Code

   SS# ____ - ____ - ____        SS# ____ - ____ - ____

## B. Owner(s) of Fictitious Name If other than an individual: (Use attachment if necessary):

1. _BUGATTI MARINE, INC_   2. _____
   Entity Name                  Entity Name

   _1515 N. Federal Hwy Suite 300_   _____
   Address                           Address

   _Boca Raton, FL 33432_            _____
   City     State     Zip Code        City     State     Zip Code

   Florida Registration Number _P01000006461_   Florida Registration Number _____
   FEI Number: _65-1067672_                     FEI Number: _____
   ☐ Applied for   ☐ Not Applicable             ☑ Applied for   ☐ Not Applicable

---

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. I (we) further certify that the fictitious name shown in Section 1 of this form has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the applicant's principal place of business is located. I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. (At Least One Signature Required)

_Rodriguez_          _01/22/2001_        _____
Signature of Owner    Date                Signature of Owner     Date

Phone Number: _(561) 330-0490_           Phone Number: _____

---

## FOR CANCELLATION COMPLETE SECTION 4 ONLY:
## FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:

I (we) the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____ and was assigned

registration number _____

_____     _____
Signature of Owner    Date    Signature of Owner     Date

---

Mark the applicable boxes   ☒ Certificate of Status — $10   ☐ Certified Copy — $30
✗ **FILING FEE: $50**
Note: Acknowledgements/certificates will be sent to the address in Section 1 only.        CR4E-001 (12/97)

